UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br>EVAN FREDERICK LIGHT,<br><br>Defendant. | 4:23-CR-40057-KES<br><br>ORDER FOR TEMPORARY DETENTION |

Defendant Evan Frederick Light personally appeared before the court along with his attorney, the Assistant Federal Public Defender, on June 12, 2023, for an initial appearance on an indictment pending in this district. The United States appeared by its Assistant United States Attorney. At the hearing, the defendant was advised of the nature of the charges and his rights. The United States requested a delay in holding the detention hearing pursuant to 18 U.S.C. § 3142(f). Good cause appearing, it is hereby

ORDERED that Mr. Light shall be temporarily detained in the custody of the United States Marshals Service until his detention hearing.

DATED this 12th day of June, 2023.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge