# UNITED STATES DISTRICT COURT

### DISTRICT OF SOUTH DAKOTA

United States of America

V.

EVAN FREDERICK LIGHT

## EXHIBIT LIST

Case Number: 4:23-CR-40057-01

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|
| Veronica L. Duffy, United States Magistrate Judge | | | Jeremy Jehangiri | Matt Powers |
| **TRIAL DATE** | | | **COURT REPORTER** | **COURTROOM DEPUTY** |
| June 14, 2023 | | | FTR #1 | JLS |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 6/14/2023 | X | Google Search print out |
| 2 | | | 6/14/2023 | X | Photo of Fred Light holding a rifle |
| 3 | | | 6/14/2023 | X | Photo of handgun |
| 4 | | | 6/14/2023 | X | Photo of an additional firearm |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.