1              UNITED STATES DISTRICT COURT

2              DISTRICT OF SOUTH DAKOTA

3                  SOUTHERN DIVISION

4    * * * * * * * * * * * * * * * * * * * * * * * * * *
                                   *
5    UNITED STATES OF AMERICA,     *       4:23-CR-40057-01
                                   *
6                   Plaintiff,     *
                                   *   Sioux Falls, South Dakota
7        -vs-                      *
                                   *
8    EVAN FREDERICK LIGHT,         *          June 14, 2023
                                   *
9                   Defendant.     *
                                   *
10   * * * * * * * * * * * * * * * * * * * * * * * * * *

11                   TRANSCRIPT OF
          DETENTION HEARING AND BOND HEARING
12
          BEFORE THE HONORABLE VERONICA L. DUFFY
13            UNITED STATES MAGISTRATE JUDGE

14   * * * * * * * * * * * * * * * * * * * * * * * * * *

15   APPEARANCES:

16   Counsel for Plaintiff:   MR. JEREMY JEHANGIRI
                              U.S. Attorney's Office
17                            P.O. Box 2638
                              Sioux Falls, SD  57101-2638
18
     Counsel for Defendant:   MR. MATTHEW M. POWERS
19                            Federal Public Defender's Office
                              101 South Main Avenue, Suite 400
20                            Sioux Falls, SD  57104

21   Also Present:           MR. EVAN FREDERICK LIGHT - Defendant

22   Transcriber:            MS. CHERYL A. HOOK, RMR, CRR
                              U.S. District Court
23                            225 S. Pierre St.
                              Pierre, SD  57501

24

25

1                                   **<u>INDEX</u>**

2                                                                        <u>PAGE</u>

3     <u>GOVERNMENT'S WITNESS:</u>            <u>DIRECT</u>  <u>CROSS</u>  <u>REDIRECT</u>  <u>RECROSS</u>

4     AGENT RICHARD FRANK  ................ 5    20      27

5     MR. JEHANGIRI REFERS TO SEALED MEMORANDUM AS EXHIBIT 5 ..... 6

6     MR. JEHANGIRI RELIES ON GOVERNMENT EXHIBIT 5............... 29

7     GOVERNMENT RESTS ......................................... 30

8     <u>DEFENDANT'S WITNESS:</u>             <u>DIRECT</u>  <u>CROSS</u>  <u>REDIRECT</u>  <u>RECROSS</u>

9     FREDERICK LIGHT  ................... 31    35

10    DEFENSE RESTS ............................................ 41

11    ARGUMENT BY MR. JEHANGIRI ON BEHALF OF GOVERNMENT ........ 41

12    ARGUMENT BY MR. POWERS ON BEHALF OF DEFENDANT ............ 45

13    COURT DETAINS DEFENDANT .................................. 48

14                              # # # #

15

16

17

18

19

20

21

22

23

24

25

1                    <u>**GOVERNMENT'S EXHIBITS**</u>

2                                                          <u>OFFD</u> <u>RECD</u>

3   1 - GOOGLE SEARCH PRINTOUT ...........................15     15

4   2 - PHOTO OF FRED LIGHT HOLDING A RIFLE ..............40     40

5   3 - PHOTO OF HANDGUN .................................20     20

6   4 - PHOTO OF AN ADDITIONAL FIREARM ..................20     20

7                              # # # #

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       (In open court at 10:59 a.m.:)

2             **THE COURT:**  Thank you.  Please be seated.  We are

3   here this morning in the matter of the United States of America

4   versus Evan Frederick Light.  This is Criminal case 23-40057.

5             Would counsel please note their appearance for the

6   record?

7             **MR. JEHANGIRI:**  Good morning, Your Honor.  Jeremy

8   Jehangiri on behalf of the United States.

9             **MR. POWERS:**  Matt Powers with the Federal Public

10  Defender's Office for Mr. Light.

11            **THE COURT:**  And good morning to you, sir.  You're

12  Evan Light?

13            **THE DEFENDANT:**  Yes.  Good morning, Your Honor.

14            **THE COURT:**  Evan, as you know, from our discussion

15  the other day, this is the date and time that we set for

16  holding a detention hearing in your case.  The burden is on the

17  government to demonstrate that you are a risk of flight by a

18  preponderance of the evidence; or if they want to argue that

19  you're a risk of danger, they have to prove that by clear and

20  convincing evidence.  So that's what we're going to be

21  discussing and taking evidence on today.

22            Any questions for me before we get started?

23            **THE DEFENDANT:**  No, Your Honor.

24            **THE COURT:**  Okay.  Jeremy, did you have evidence that

25  you wanted to present?

1      **MR. JEHANGIRI:**  Yes, Your Honor.  The United States

2   calls Richard Frank.

3          **AGENT RICHARD FRANK, GOVERNMENT'S WITNESS, SWORN**

4              **UNIDENTIFIED FEMALE VOICE:**  Would you state and

5   spell -- state and spell your first and last name for the

6   record?

7              **THE WITNESS:**  I'm Richard Frank.  R-I-C-H-A-R-D

8   F-R-A-N-K.

9                          **DIRECT EXAMINATION**

10  BY MR. JEHANGIRI:

11  **Q**    Good morning.

12  **A**    Good morning.

13  **Q**    Please introduce -- introduce yourself to the Court.

14  **A**    I'm FBI Special Agent Richard Frank.

15  **Q**    And how long have you been with the FBI?

16  **A**    Since September of 2015.

17  **Q**    Go back a little bit and you tell us about your formal

18  education, following high school?

19  **A**    Sure.  I have a bachelor's in criminal justice, as well as

20  a bachelor's of information technology, and a master's in

21  public administration.

22  **Q**    When did you get involved in law enforcement?

23  **A**    September of 2015, when I was hired by the FBI as an

24  intelligence analyst.

25  **Q**    What's an "intelligence analyst"?

1    **A**    An "intelligence analyst" looks at raw, as well as

2    completed intelligence, makes analysis based on that to help

3    cases and prevent intrusions, attacks of criminal activity.

4    **Q**    What subject matter were you working in that capacity?

5    **A**    Sure.  I worked Violent Gangs, Transnational Organized

6    Crime, Western Hemisphere, Violent Crimes Against Children,

7    Violent Incident Crimes Domestic.

8    **Q**    What did you do after your work as an intel analyst?

9    **A**    I became a special agent with the FBI in March of 2019.

10   **Q**    What's the subject matter on which you work now?

11   **A**    Cyber criminal.  So criminal matters in the cyber

12   spectrum.

13   **Q**    Okay.  Have you been engaged in that specific work since

14   becoming a special agent?

15   **A**    Yes.

16   **Q**    How are you involved with this case?

17   **A**    I was provided information in February of 2022 by another

18   agent about the intrusion and subsequent cryptocurrency theft.

19   So we opened up a case and began working that through present

20   day.

21   **Q**    Okay.

22          **MR. JEHANGIRI:**  May I approach, Your Honor?

23          **THE COURT:**  You may.

24   **Q**    **(BY MR. JEHANGIRI)**   I'm handing you what's been marked

25   Government Exhibit 5.  It is a sealed memorandum.  Are you

1   familiar with that?

2   **A**   Yes, sir.

3   **Q**   It's filed with the Court.  Did you have an opportunity to

4   review the contents of that sealed memorandum?

5   **A**   Yes, sir, I did.

6   **Q**   Does it fairly and accurately set forth the facts that you

7   know as part of this investigation?

8   **A**   Yes, sir, it is.

9   **Q**   So let's -- let's talk about cryptocurrency.  Can you

10  generally describe that for us?

11  **A**   Sure.  Cryptocurrency is software based, created value to

12  transact value across the internet, ultimately.  There's

13  different forms of cryptocurrency.  The ones that we are

14  involved in -- and specific to this case -- started out with

15  Bitcoin and Ethereum, although there are others that were

16  transacted as well.

17  **Q**   How are cryptocurrencies kept or stored?

18  **A**   There is a number of ways to store them.  One can be

19  custodial.  So like through --

20  **Q**   What do you mean by that?

21  **A**   "Custodial" would be an exchange or another service

22  holding your private keys for you to control your -- your value

23  of Bitcoin or Ethereum or other cryptocurrency.  So services

24  like Coinbase or Binance, things of that nature, are

25  custodial -- can be custodial.

1          Then there's noncustodial forms of storage, which can

2    be as small as a thumbnail, like a USB device, where you store

3    your private keys or recovery seed phrase on that device off --

4    off-line and not subject to anybody being able to get to it

5    other than seizure.  And you can use those private keys or

6    recovery seed phrase to interact with a block chain and move --

7    move the cryptocurrency.

8    **Q**    Okay.  So in your investigation here of the defendant,

9    did -- has the investigation demonstrated that he purchased

10   items through and using cryptocurrency?

11   **A**    Yes, sir.

12   **Q**    And where -- where were those items delivered?

13   **A**    Those -- those were delivered to his primary residence at

14   810 West Noble Street in Lebanon, Indiana.

15   **Q**    Was there a search warrant executed there?

16   **A**    There was.

17   **Q**    On or about what date was that?

18   **A**    May 9th, 2023.

19   **Q**    Those items -- how were they -- let's -- let's

20   specifically ask.  You just discussed cold storage or cold

21   wallets are ways that individuals can individually keep

22   cryptocurrency?

23   **A**    Yes, sir.

24   **Q**    Were items delivered to that house that can do that?

25   **A**    Yes, sir, there was.

1    **Q**    Tell us -- tell the jury -- excuse me.  Tell the judge

2    those -- about those items.

3    **A**    In approximately January and March of 2020, there were

4    Trezor devices -- Trezor is a company that makes these USB

5    devices for the cold storage -- that were delivered to his

6    residence, as well as in, I believe, August of 2021,

7    specifically purchased through an e-mail address attributed to

8    the defendant.

9    **Q**    Okay.  Was there a name associated with that e-mail

10   address?

11   **A**    Yes.

12   **Q**    What?

13   **A**    It was jameslolfgts at gmail.com.

14   **Q**    How many of those Trezors were delivered to that house?

15   **A**    Approximately three out of that e-mail address, but they

16   were other e-mail addresses that also went to that -- that

17   address.

18   **Q**    And -- and those e-mails, likewise, were attributable to

19   the defendant?

20   **A**    They were, yes.

21   **Q**    How many total Trezors were delivered to that house?

22   **A**    Approximately seven.

23          **THE COURT:**  Can I just ask, are you saying

24   "treasures" like T-R-E-A-S-U-R-E-S?

25   **Q**    **(BY MR. JEHANGIRI)**  How do you -- spell it for us.

1   **A**   T-R-E-Z-O-R.

2         **THE COURT:**  Okay.

3   **Q**   **(BY MR. JEHANGIRI)**  And it's just a brand name of a

4   device.

5   **A**   Yes.  Like Ford or Chevy.

6   **Q**   Approximately how big were these devices used from the

7   defendant's residence?

8   **A**   They're about two to three inches long, like a USB stick

9   that you normally would purchase at (Indecipherable) Best Buy

10  or Walmart or Target.

11  **Q**   Can you tell us how those function?  How can they function

12  with regard to storing and serving as a cold wallet?

13  **A**   Sure.  They function in a number of ways.  They are

14  usually encrypted with a pass code of varying lengths,

15  anywhere -- I believe Trezor is anywhere between 6 and 50

16  characters or digits.  So a pretty large encryption.  They

17  would be -- usually you have to have a -- a computer device to

18  interact with it, to open it up, and get to your private key.

19  **Q**   Okay.  What sort of devices work in conjunction with the

20  Trezors?

21  **A**   Oh.  Laptops, tablets, cell phones, computer devices.

22  **Q**   Anything with an internet connection?

23  **A**   Yes.

24  **Q**   All right.  You mentioned "private key" a couple of times.

25  Please tell us what that -- what you mean by that.

1  **A**   So there's a public key and a private key.  A public key

2  is what you would want everyone to know out in the world, like

3  your physical address of your house.  You want everything

4  delivered to 810 West Noble Street in Lebanon, Indiana.

5          The private keys would be like the keys to your door.

6  You don't give those out to everybody, because you don't want

7  anybody to get inside of your residence and take all of your

8  belongings.

9          So you give the public key out to everybody, so that

10  way they know how to send that -- those cryptocurrencies to

11  you, to your address; but your private key is your key in order

12  move that money, transfer it, swap it, whatever you want to do

13  with it.

14  **Q**   All right.  So you mentioned at the beginning of your

15  testimony that there was an intrusion that took place in and

16  around February of 2022?

17  **A**   Yes, sir.

18  **Q**   And then there was a cryptocurrency theft that took place

19  on or about the same time?

20  **A**   Yes, sir.

21  **Q**   Now, the purchase of those Trezors or similar devices did

22  they predate, postdate the intrusion and theft or both?

23  **A**   Both.

24  **Q**   Okay.  How many other devices, similar to Trezors, were

25  located in the defendant's residence?

1    **A**    So there was seven Trezors that we seized on May 9th.

2    There was one Ledger, which is another brand name for the same

3    type of service that Trezor provides.

4    **Q**    Can you spell that for us too?

5    **A**    Sure.  Ledger, L-E-D-G-E-R.  And then there was also a

6    watch -- a Franck Muller watch.  Franck is spelled a little

7    differently, F-R-A-N-C-K.  Muller, M-U-E-L-L-E-R [sic] or

8    something like that.  I'm not sure exactly without looking at

9    it.

10   **Q**    Are those high-end time pieces?

11   **A**    Yes.  It was approximately $12,000.

12   **Q**    That can likewise serve as a cold storage device?

13   **A**    So the watch -- on the face of the watch is a QR code.  A

14   QR code can be encoded to have the public key, so that public

15   address.  So you could literally show your watch to somebody on

16   the street, and they could scan it with their phone or device,

17   and then send you cryptocurrency.  The way the Franck Muller

18   watches work is you have a separate device that would give you

19   access to the private key to that specific wallet.

20   **Q**    Do those separate devices similarly work with the other

21   cold storage devices, cold wallets?

22   **A**    Say that again.

23   **Q**    Can you use a separate device to access those Trezors,

24   Ledgers, and watches?

25   **A**    You could.  Specifically, they have what's called

1    "recovery seed phrases."  "Recovery seed phrases" are between

2    12 and 24 words -- sometimes even longer -- of words that you

3    pull from a dictionary that's already set out on the internet.

4    That's like your fail-safe or your backup, that, if you don't

5    have the private key but you know these 12 or 24 specifically

6    chosen words by you, you can reconstitute the private key even

7    without having that Trezor or Ledger or other devices.  So just

8    because we seized those devices on May 9th, they could be,

9    quote, unquote, "in the wind" tomorrow with access to those

10   recovery phrases.

11   **Q**    Where were those devices -- the seven Trezors, the one

12   Ledger, and the watch -- where were those located in the house?

13   **A**    There was several locations.  Some -- I don't have the

14   specific numbers -- some were on -- at least one was on the

15   defendant's desk in his bedroom.  There were some in the living

16   room in drawers.  There was one, I believe, in the kitchen as

17   well.  They were throughout the house.

18   **Q**    Was it a large house?

19   **A**    You know, the house is large (Indecipherable), but I

20   believe it's a little over 900 square feet, two-bedroom

21   one-bath, I believe.

22   **Q**    Who else lived there?

23   **A**    The defendant's mother, Melinda Nix.

24   **Q**    Okay.  So back to these Trezor -- these -- these devices.

25   Can someone alter the access points to these devices remotely?

1   **A**   I don't think that they could access -- they could change

2   the encryption that's already been chosen on that device.

3   **Q**   Okay.

4   **A**   But that's -- it -- it wouldn't matter.  If they could

5   have -- if they had the recovery seed phrase, they don't need

6   it.

7   **Q**   So if you have the key or the recovery seed phrase, it

8   doesn't matter?

9   **A**   Yes, sir.

10  **Q**   Can you, then, move cryptocurrency, whether Bitcoin,

11  Ethereum, or other types of crypto digital assets, from those

12  devices in that fashion?

13  **A**   Yes, sir, absolutely.

14  **Q**   Does it matter who was in possession of the devices?

15  **A**   No.

16         **MR. JEHANGIRI:**  Your Honor, I'd ask that this -- I

17  think this is a witness.  I'd ask that that person be

18  sequestered for purpose of this hearing?

19         **THE COURT:**  Can you -- sir, I'm sorry.  Can you

20  identify yourself?

21         **UNIDENTIFIED MALE VOICE:**  (Indecipherable).

22         **THE COURT:**  Okay.  The government attorney has asked

23  that all witnesses that are going to testify today be

24  sequestered.

25         Matt, do you anticipate calling his father?

1    **MR. POWERS:**  I haven't even had an opportunity to

2    speak with him.  But potentially, yes, Your Honor.

3            **THE COURT:**  Okay.

4            I would ask you to take a seat out in the hallway,

5    then, until you're called.

6            **UNIDENTIFIED MALE VOICE:**  Yes, Your Honor.

7            **THE COURT:**  Thank you.

8        (Unidentified male left the courtroom.)

9    **Q**    **(BY MR. JEHANGIRI)**  Showing you what's been marked as

10   Government Exhibit 1.  Do you recognize that?

11   **A**    Yes, sir, I do.

12   **Q**    What is it?

13   **A**    It's a portion of the Google search history from the

14   jameslolfgts at gmail.com account that was searched by the --

15   the government.

16   **Q**    Is this a summary of some items that you took directly

17   from the data associated with that e-mail account?

18   **A**    Yes, sir.  As -- in regards to today's matter.

19           **MR. JEHANGIRI:**  Your Honor, I would move admission of

20   Government 1.

21           **THE COURT:**  Exhibit -- sorry.

22           Any objections to Exhibit 1?

23           **MR. POWERS:**  No, Your Honor.

24           **THE COURT:**  Exhibit 1 will be received.

25           **MR. JEHANGIRI:**  Judge, did you get one?

1              **THE COURT:**  Yup, I have one.

2    **Q    (BY MR. JEHANGIRI)**  Special Agent, can you see that on the

3    screen in front of you?

4    **A**    Not yet.  (Pause.)  Yes, I can see it now.

5    **Q**    All right.  Tell us again what we're looking at here on

6    Government Exhibit 1.

7    **A**    Sure.  This is a portion of the Google search history from

8    the defendant's e-mail account.

9    **Q**    What -- what are we looking at here?  (Indecipherable) --

10   **A**    Sure.

11   **Q**    -- (Indecipherable) for the record's sake?

12   **A**    So the "source" would be that it was from a Google search

13   conducted by going to, like, Google.com or an app on your phone

14   and type in Google.com and making a search --

15   **Q**    (Indecipherable).

16   **A**    The date -- yup.  Go ahead.

17   **Q**    (Indecipherable).

18   **A**    The date and time would be the date and time of the

19   search.

20   **Q**    Okay.  And that search is that (Indecipherable) to the

21   account, there?

22   **A**    Yes.  Conducted by that account.

23   **Q**    Okay.  And what -- what were these searches for, generally

24   speaking?

25   **A**    Various -- various matters.  They were regarding how to

1    buy a passport, how to -- about a fake passport, extradition.

2    Like, the definition of it through Wikipedia.  Nonextradition

3    countries from the United States, particularly matters

4    involving hacking, SIM swapping, things that the -- the

5    defendant is at issue with, countries specifically outlined as

6    nonextradition countries.  There was information about

7    (Indecipherable) in other countries that are known extradition

8    countries, conversions of amounts of money.  I think I said

9    about the fake passports.  Citizen -- citizenship requirements

10   to other countries, specifically Canada.  Yeah.  And also,

11   like, it was about whether a certain country extradites to the

12   United States.

13   **Q**    All right.  So I'm going to draw your attention to the

14   lower part of this exhibit.  The intrusion regarding this case

15   was in and around February of 2022?

16   **A**    Yes, it was.

17   **Q**    And so these at 5-4-21 and above, predate the -- the

18   intrusion?

19   **A**    (Indecipherable).

20   **Q**    Had the -- had overt acts, in furtherance of the

21   intrusion, started at some point before the intrusion?

22   **A**    Yes.

23   **Q**    Approximately when?

24   **A**    That goes back to 2021.

25   **Q**    Okay.  So about halfway up this summary chart of Google

1   searches?

2   **A**    Yes.

3   **Q**    Was there another -- in your investigation, have you

4   learned of other conduct of the defendant in any intrusion and

5   crypto theft?

6   **A**    We have learned of other instances of cryptocurrency

7   threats by the defendant, yes.

8   **Q**    Does the date of that fall within the scope of what's on

9   (Indecipherable) found on Exhibit 1?

10  **A**    It does, yes.

11          **MR. JEHANGIRI:**  Can I have a moment, Judge?

12          **THE COURT:**  You may.

13      (Pause.)

14          **MR. JEHANGIRI:**  May I approach, Your Honor?

15          **THE COURT:**  Yup.  You don't have to ask.  We don't

16  have a jury here.

17          **MR. JEHANGIRI:**  All right.

18  **Q**    **(BY MR. JEHANGIRI)**  I'm handing you what's been marked as

19  Exhibits 3 and 4.  (Indecipherable).  Yup, 3 and 4.  Do you

20  recognize those?

21  **A**    Yes, I do.

22  **Q**    How so?

23  **A**    Exhibit Number 3 is of several items, but I think the main

24  item is the -- I believe it's a Smith & Wesson handgun.

25  **Q**    Where was -- how do you recognize that?

1   **A**    That was -- that's a photo -- a scoped in photo, so to

2   speak, of the defendant's bedroom on the date of the seizure --

3   or the search and seizure on May 9th of 2023.

4   **Q**    So that was found in his house in his bedroom?

5   **A**    Yes.  You can see just to the right, a part of his desk.

6   That chair in the background is the chair that he would sit at

7   in front of his monitors.  And the gun was sitting on the

8   computer desktop, facing the door.

9   **Q**    Do you recall, was it loaded?

10   **A**    It was loaded, yes.

11   **Q**    I'll have you look at the next exhibit, Number 4.  Do you

12   recognize that?

13   **A**    I do.

14   **Q**    How so?

15   **A**    It was another firearm that was located during the search

16   on May 9th, 2023.

17   **Q**    Do you -- do you recall where that firearm was located?

18   **A**    I believe it was in the kitchen pantry or closet.  I'm not

19   sure exactly what it would be considered, the pantry or closet

20   in the kitchen.

21   **Q**    All right.  Do those -- those pictures fairly and

22   accurately depict what was -- what you observed on the day of

23   your search inside the defendant's house?

24   **A**    They did.

25   **Q**    Did you make any alterations or deletions to any of those

1  photos?

2  **A**    No.  Other than placement where they were, but no.

3  **Q**    (Indecipherable) got it.

4  **A**    Maybe took a picture in maybe different locations from

5  where they were.

6  **Q**    Okay.  That's how it was located in the house on

7  Exhibit 3?

8  **A**    Yes.  Sorry.  The -- on Exhibit 3, that's where the gun

9  was, on -- on the computer desk tower.  The photo of the --

10  Exhibit 4 is on the table outside the residence because we

11  needed room to take a photo of it.

12  **Q**    Understood.

13         **MR. JEHANGIRI:**  Your Honor, I move admission of those

14  two Exhibits, 3 and 4.

15         **THE COURT:**  Any objection?

16         **MR. POWERS:**  No objection, Your Honor.

17         **THE COURT:**  Exhibits 3 and 4 will be received.

18         **MR. JEHANGIRI:**  That's all I have, Your Honor.

19         **THE COURT:**  Cross-examination?

20         **MR. POWERS:**  Yes, Your Honor.

21                    **CROSS-EXAMINATION**

22  **BY MR. POWERS:**

23  **Q**    Good morning, Special Agent Frank.

24  **A**    Morning, sir.

25  **Q**    Can you hear -- I'm not at a microphone.  Can you hear me

1   okay?

2   **A**   I can hear you, yes, sir.

3   **Q**   So the first question I just want to ask -- you've got

4   Government Exhibit 1 here.  You're saying that this is an

5   e-mail account that you believed is associated with my client;

6   is that correct?

7   **A**   Yes, sir, it is.

8   **Q**   And you've -- how long have you been working on this case?

9   **A**   Since -- about two days after the -- the intrusion and

10  theft.  So February of 2022, the entire time.

11  **Q**   Did you participate in the -- the search of my client's

12  home or his mother's home?

13  **A**   I did.

14  **Q**   Have you spoken to my client or have you done any, I

15  guess, additional background, with my client?

16  **A**   I have spoken to him during an attempted interview of him

17  on the day of his arrest.  I -- sorry.

18  **Q**   (Indecipherable).

19  **A**   Also, during the transport of him to and from the county

20  jail for that night and to marshal's custody, and upon his

21  initial appearance down in Indianapolis.

22  **Q**   So in your work on your -- on this case, have you learned

23  my client's age?

24  **A**   Yes.

25  **Q**   So you know that he's 20 years old?

1   **A**    I do.

2   **Q**    Do you know that his birthday is in February?  Are you

3   aware of that?

4   **A**    February 3rd of 2003, yes, sir.

5   **Q**    So if we're looking here at lines 1 through 4, he would be

6   15 years old when these searches were taken place?

7   **A**    Yes, sir.

8   **Q**    And then we got -- beginning at -- the next three, this

9   would be right after his birthday, the February 5th, would be

10   right after his birthday, so right after he turned 16.  Is that

11   right?

12   **A**    Yes, sir.

13   **Q**    And that would be the same the next two entries here?

14   These are when he's 16 years old?

15   **A**    Yes, sir.

16   **Q**    And then all of these that appear in 2020, these would be

17   when he was 17 years old?

18   **A**    Yes, sir.

19   **Q**    So you would agree with me all of those -- everything

20   we're looking at so far is the stuff that he did on the

21   computer when he was a kid?

22   **A**    There is reference, yes, he was a minor at the time.

23   **Q**    So then after beginning here (Indecipherable) 2021, the

24   first one here is -- this is when he's still -- excuse me --

25   February -- or excuse me -- January 27th, this is right before

1   his birthday?

2   **A**    Yes, sir, it is.

3   **Q**    Okay.  So again, when he's still 17 years old?

4   **A**    Yes, sir.

5   **Q**    And then after the remaining searches beginning on

6   February 17th of 2021, that would be after he turned 18 years

7   old?

8   **A**    Yes, sir.

9   **Q**    The -- and as already asked about, the searches here in

10  October 2022, these are after -- excuse me -- I'm going to move

11  this up, so you can see it.  These are the only searches that

12  occurred after February of 2022 or after the alleged intrusion

13  by my client, correct?

14  **A**    They are, yes, sir.

15  **Q**    So -- and here, when we look at these, we see searches

16  from October the 6th.  They are about regarding Canadian

17  citizenship, right?

18  **A**    Yes, sir.

19  **Q**    Any evidence that he has ever applied for Canadian

20  citizenship?

21  **A**    Not to my knowledge, no.

22  **Q**    The first search is way back when he's 15 years old.

23  They're all about how to obtain a U.S. passport, correct?

24  **A**    (Indecipherable).

25  **Q**    Up here at the top.

1   **A**    (Indecipherable).

2   **Q**    "Buy passport, state department, state department."  These

3   first three.

4   **A**    (Indecipherable) acquire a passport both legally and

5   illegally, sir.

6   **Q**    And any evidence that he's ever obtained a passport

7   legally or illegally?

8   **A**    Not to my knowledge, no.

9   **Q**    Any passports recovered from his home?

10  **A**    No, sir.

11  **Q**    Any identifications of any kind recovered from his home?

12  **A**    Such as?

13  **Q**    Any type of identification recovered from his home?  Like

14  some sort of photo identification.

15  **A**    His school photos.

16  **Q**    School photos?

17  **A**    Yes, sir.

18  **Q**    No driver's license?

19  **A**    No, sir.

20  **Q**    No passport?

21  **A**    No, sir.

22  **Q**    And no evidence -- and you've gone through his Google

23  search history, correct?

24  **A**    At this point, yes, sir.

25  **Q**    You've gone through his -- his computer?

1   **A**      (Indecipherable) sir.

2   **Q**      Okay.  You testified about this firearm in Government

3   Exhibit 3.  Anything illegal about that firearm?

4   **A**      No, sir.

5   **Q**      Anything illegal for a 20-year-old to own that firearm?

6   **A**      No, sir, not at all.  This -- and we did not seize it

7   either.

8   **Q**      Anything illegal about the firearm in Government

9   Exhibit 4?

10  **A**      Not to my knowledge, no, sir.

11  **Q**      Was that firearm seized?

12  **A**      It was not.

13  **Q**      If the firearm had been found illegal, would it have been

14  seized?

15  **A**      It would have been, yes.  With probable cause, yes.

16  **Q**      Anything illegal about a 20-year-old, no criminal history,

17  owning that firearm, Government Exhibit 4?

18  **A**      No, sir.

19  **Q**      You testified that seven Trezor devices were purchased

20  that you found in the Google search; is that right?

21  **A**      Yes, sir.

22  **Q**      And you seized seven of them from his mother's home?

23  **A**      It was his mother's house, yes, sir.

24  **Q**      Where he lived?  Where my client lived?

25  **A**      Yes, sir.  I would consider that his house.

1    **Q**    You stated that the -- regarding the alleged intrusion in

2    February 2022, that it was supposed to have involved my client.

3    You stated on -- again, these searches here in October of 2022,

4    these all occurred eight months after the intrusion?

5    **A**    They did, sir, yes.

6    **Q**    And the searches -- you testified that the work on the

7    intrusion in February of 2022 began in 2021, but you didn't say

8    when.  The last search we have here is in May of 2021.  Do you

9    have any evidence that there was any work on this intrusion in

10   South Dakota that was being done before May of 2021?

11   **A**    I think it was shortly after May 2021 (Indecipherable) --

12   **Q**    So these searches we're looking at here, these were all

13   done prior to any work that was done on the intrusion in

14   South Dakota?

15   **A**    Yes, sir, it was.

16        **MR. POWERS:**  May I have a moment, Your Honor?

17        **THE COURT:**  Sure.

18        (Pause.)

19   **Q**    **(BY MR. POWERS)**  You testified regarding how

20   cryptocurrency works, correct?

21   **A**    Yes, sir.

22   **Q**    You testified about how people can access through

23   cryptocurrency?

24   **A**    Yes, sir.

25   **Q**    The -- is there anything inherently illegal about owning

1  cryptocurrency?

2  **A**    Not at all, sir.

3  **Q**    You testified that individuals can -- essentially, it

4  seemed to me, like, keep their cryptocurrency effectively at a

5  bank, like a third-party to hold it.  Is that a fair analogy?

6  **A**    Yes.  Such as Binance or Coinbase, yes, sir.

7  **Q**    Any evidence in this case that my client was doing that?

8  **A**    Not from him, although he did send significant sums of

9  money to family members, including his mother, about $140,000,

10  approximately, over the time frame.

11  **Q**    What -- you say "the time frame."  What do you mean?

12  What's the time frame?  A week or a year?

13  **A**    Over two years.

14  **Q**    So over a two-year period he gave his -- it appears that

15  he gave his mother over $140,000?

16  **A**    Yes, sir, he did.

17        **MR. POWERS:**  I have no further questions, Your Honor.

18        **THE COURT:**  Any redirect, Jeremy?

19        **MR. JEHANGIRI:**  Yes.  Just a little bit.

20                    **REDIRECT EXAMINATION**

21  BY MR. JEHANGIRI:

22  **Q**    Did mom work --

23  **A**    She worked --

24  **Q**    -- during that time frame, the last year, the $140,000?

25  **A**    There was an overlap.  I -- if -- if I can expound on it

1  just a bit?

2  **Q**    Mm-hmm.

3  **A**    In 2020-ish (Indecipherable) in 2020, she was still

4  working or on the payroll with a local HVAC company, heating

5  and air-conditioning company.  "Control Tech" I believe the

6  name of it was.  I believe she got injured at some point, and

7  there was an overlap between her payroll checks and when

8  deposits from Coinbase started into her Huntington bank

9  account.  So there was a small overlap of a couple months, and

10  then the -- the payroll from Control Tech stopped.  And the

11  only influx was from the cryptocurrency from Coinbase from the

12  defendant.

13  **Q**    Okay.  Were those transfers from the defendant when he was

14  a kid, or was it when he was an adult?

15  **A**    Let's do a little bit of math for a second.  I believe it

16  started in 2020 -- August of 2020.  He would be 17.  So it

17  was -- started when he was a minor, but continued on until days

18  before the -- his arrest where he was sending money to his

19  mother, to his cousin, and others.

20  **Q**    Those monies derived -- you mentioned generally from

21  another criminal cryptocurrency theft.

22  **A**    Yes, sir.

23  **Q**    That took place in about April of 2021; is that right?

24  **A**    Yes, sir.

25  **Q**    He wasn't a kid then, right?

1   **A**    April of 2021.  No, he was not.  He was --

2   **Q**    And so --

3   **A**    He was an adult.

4   **Q**    So about halfway down this draft to the end, he's no

5  longer a kid.

6   **A**    Yes, sir.  He was of -- he was of age, 18.

7   **Q**    And together, as an adult, what's -- in very general

8  terms -- the amount in dollars associated with the allegations

9  here and that of the other case?

10   **A**    Tens of millions of dollars.

11       **MR. JEHANGIRI:**  Nothing further.

12       **THE COURT:**  Any recross?

13       **MR. POWERS:**  (Indecipherable).

14       **UNIDENTIFIED PERSON:**  I'm sorry?

15       **MR. POWERS:**  (Indecipherable).  No, Your Honor.

16       **THE COURT:**  Thank you.  You can step down.

17       **THE WITNESS:**  Thank you.

18     (Witness excused.)

19       **THE COURT:**  Any other evidence on behalf of the

20  government?

21       **MR. JEHANGIRI:**  I would just -- that was admitted

22  under seal.  And so rather than proffering it, I'm just going

23  to rely on that.

24       **THE COURT:**  When you say "that," what are you talking

25  about?

1          **MR. JEHANGIRI:**  Exhibit 5 --

2          **THE COURT:**  Okay.

3          **MR. JEHANGIRI:**  -- that I marked for him and filed

4   under seal.

5          **THE COURT:**  Yup.  And that's been --

6          **MR. JEHANGIRI:**  I'm going to --

7          **THE COURT:**  -- served on Mr. Powers?

8          **MR. JEHANGIRI:**  It has.

9          **THE COURT:**  Yeah.

10          **MR. JEHANGIRI:**  And so other than argument, I have

11   nothing further.

12          **THE COURT:**  Okay.  Any evidence on behalf of

13   Mr. Light?

14          **MR. POWERS:**  I would request a recess.  My witness

15   arrived from Indiana while we've been conducting this hearing.

16          **THE COURT:**  Sure.  Yup.  We'll take a brief recess.

17   Just let the clerk know when you're ready to resume.

18          **MR. POWERS:**  Thank you, Your Honor.

19      (Recess at 11:37 a.m.)

20      (In open court at 11:49 a.m.:)

21          **THE COURT:**  Did you wish to call a witness, then,

22   Matt?

23          **MR. POWERS:**  Yes, Your Honor.  We'd call Mr. Fred

24   Light to the stand.

25          **THE COURT:**  Okay.  Please come forward to be sworn.

1        **FREDERICK LIGHT, DEFENDANT'S WITNESS, SWORN**

2        **UNIDENTIFIED FEMALE VOICE:**  Would you please state

3    and spell your first and last name for the record?

4        **THE WITNESS:**  My name is Frederick Light,

5    F-R-E-D-E-R-I-C-K.  Last name is L-I-G-H-T.

6                       **DIRECT EXAMINATION**

7    BY MR. POWERS:

8    **Q**    Good morning, Mr. Light.

9    **A**    Good morning.

10   **Q**    I just want to begin with a little background.  So -- I

11   don't need the exact address.  The Court already has that.  But

12   what -- what city and state do you live in?

13   **A**    I live in Bargersville, Indiana.  It's a south suburb of

14   Indianapolis.

15   **Q**    And -- and would you spell the name of the town for us?

16   **A**    B-A-R-G-E-R-S-V-I-L-L-E.

17   **Q**    Do you rent or do you own your own home?

18   **A**    We own.

19   **Q**    And who -- who lives in your home with you?

20   **A**    My -- my wife and my -- my daughter.  She's just seven,

21   and I adopted.

22   **Q**    If -- if your son, Evan, were allowed to be released,

23   would you have room for him in your home?

24   **A**    Absolutely, absolutely.

25   **Q**    The -- what kind of work do you do?

**A**     I'm a contract for a company.  We do a lot of the leaf --
gutter protection, you know, Leaf Guard.  We assemble, produce,
and we also install them.  This company I had -- started
probably six months ago, close to that.  I was union and left
that to do what I'm doing now.  So --

**Q**     So if -- if released, will your son be able to come and
work with you?

**A**     Yeah.  He will be, yes.

**Q**     Is that your plan?

**A**     It is.  If he is released, that's what's going to happen.
That's the stipulation, you know.

**Q**     Would he be coming -- would he be coming to work with you
every day or just occasionally?

**A**     No.  Every day, every day.

**Q**     The -- if the Court were to release him and put a curfew
in place, would you ensure that he abides by that curfew?

**A**     Absolutely, sure.

**Q**     If he violated the curfew, would you immediately call his
probation officer?

**A**     I would, I would.  It's -- I don't -- I'm -- you know,
with this whole situation, you know, I'm just, you know, kind
of (Indecipherable) but I -- I want everything to be right, you
know.  I don't want, I mean, you know, him to get in more
trouble or myself, you know, whatever.  But I (Indecipherable)
whatever I need to.

1   **Q**    The -- if the Court were to order an ankle monitor or

2   placing your home as set up like the base station?

3   **A**    Sure, absolutely.

4   **Q**    The -- one of the things the Court could order is that he

5   doesn't have any access to computer devices -- or at least that

6   they're monitored -- is that something that you could ensure

7   happening as well?

8   **A**    Yes.  Yes, I could.

9   **Q**    Would you ensure that he obeys all of the Court's

10  orders --

11  **A**    Yes, sir.

12  **Q**    -- if he is released?

13  **A**    Yes.

14  **Q**    How many days -- you said he'd would come to work with

15  you.  How many days a week do you work?

16  **A**    It would be six days.  Monday through Saturday.

17  **Q**    You work -- you work six days a week?

18  **A**    Yes.  Saturdays are usually half days, but yes.

19  **Q**    The -- now, your -- you and -- we've already heard

20  testimony that he was -- that your son was living with -- I

21  think, is it your ex-wife?

22  **A**    We were never married, but yes.

23  **Q**    Okay.  But his mother?

24  **A**    Yup.

25  **Q**    During this -- the last few years, do you have -- how

1  would you describe your contact with your son?

2  **A**    It -- it -- it was -- we stayed in contact.  There was,

3  you know, times where, you know, if I would text, I would get a

4  response back a week or so later.  You know, it's kind of one

5  of them things.  It was a lot -- a lot of hit and miss.  But

6  we -- you know, we did see each other, talk, whatever.  It was,

7  like, you know, no time lost at all, you know.  Basically,

8  (Indecipherable) he -- he's a homebody, you know.  And he

9  suffers -- he has a social anxiety disorder.  So it's hard to

10  kind of get him out, you know, away from the home at that time.

11  But it seemed like the older he got, the easier it is.  So --

12  **Q**    The -- during the last few years, was there any period of

13  time where he was living with you?

14  **A**    No.  This in the beginning of his life when we were

15  together.  He pretty much stayed with his mom, you know, the

16  whole time.

17  **Q**    Okay.  When -- so -- when is the last time you lived --

18  that he was actually just living at your house or living under

19  your roof?

20  **A**    We split up when he was three.

21  **Q**    Okay.

22  **A**    So he's 20 now.  So --

23  **Q**    Do you have any concerns about him coming to stay with

24  you?

25  **A**    No, no.  Not at all, not at all.

```
 1              MR. POWERS:  Mr. Light, I have no further questions.
 2              THE WITNESS:  Okay.
 3              THE COURT:  Any cross-examination?
 4                        CROSS-EXAMINATION
 5   BY MR. JEHANGIRI:
 6   Q    Good morning, sir
 7   A    Hi.  How are you doing?
 8   Q    You had previously received money from your son via
 9   Coinbase.
10   A    I did.  Yes -- yes, sir.
11   Q    You have a prior felony conviction?
12   A    I do.
13   Q    What kind of vehicle do you drive?
14   A    I have -- now I have a Dodge -- 2004 Dodge pick- -- a
15   truck.
16   Q    What color?
17   A    It's silver and black.
18   Q    So you haven't had much contact with him.  How
19   frequently --
20   A    (Indecipherable).
21   Q    -- would you guys talk over -- per month?
22   A    Once a week.  It was sometimes more.
23   Q    Did I hear you -- I may have misheard you.  Did you say
24   that a week would go by before you would receive a text
25   message?
```

1    **A**    There -- there was times like that.  I mean, you know --

2    I'm just being honest -- yes, there was times like that.

3    But -- and in between those times, I would speak with his

4    mother.

5    **Q**    Your relationship with her is not very good.

6    **A**    We -- we get along for Evan's sake.  You know, I'll say

7    that much.

8    **Q**    And she can't take him anymore because she was evicted; is

9    that right?

10   **A**    That's my impression.  That's my understanding.

11   **Q**    So you don't know?

12   **A**    I don't know what she was evicted for.

13   **Q**    Are you aware that she's also facing criminal charges too?

14   **A**    I am.  I am.  This is her first time being arrested as

15   well.

16   **Q**    And there -- what are the nature of the charges?

17   **A**    I -- I don't know.  I don't -- I don't pay that much

18   attention to that.  You know what I mean?  My son is my focus

19   when it comes to me and hers relationship.

20   **Q**    So you have never -- you have not lived with him for 17

21   years?

22   **A**    Correct.  In that ballpark.

23   **Q**    And you're -- you're now going to --

24   **A**    I was still a father during those times.  You know what I

25   mean?  I still -- when he was younger, I still got him on the

1   weekends, sometimes during the week, you know.

2   **Q**   You're, then, going to employ him full time?

3   **A**   Yes.

4   **Q**   Assuming he gets released?

5   **A**   Yes.

6   **Q**   Doing what?

7   **A**   He'll be working with me side by side.

8   **Q**   What's his work history?

9   **A**   Honestly, as far as what I know, for Evan working is what

10  he's -- you know, create -- like, you know, creating websites.

11  He's done that for -- is my impression from what I'm being

12  told, you know.

13  **Q**   He has been doing that for several years?

14  **A**   That's what I -- yes, that's what I was being told.

15  **Q**   And then he went to high school for how many years?  Four?

16  **A**   No.  I think two maybe, one and a half.

17  **Q**   Okay.  So if the school records were -- had him enrolled

18  from 2017 to 2021, that would be accurate or inaccurate?

19  **A**   I would say -- you know, he didn't graduate.

20  **Q**   Okay.  Back to the work.  What do you do?

21  **A**   I --

22  **Q**   What is -- what is a day for you?

23  **A**   Basically, I would go to the shop.  I would get my job for

24  whatever jobs, you know, that we have for the day; get my

25  material; get it on the truck; go to the customer's home; and

1    then fix or replace whatever gutter there was.  And then we

2    would put the -- the guard on it, so -- or the filter, so

3    debris and stuff doesn't get back in them.

4    **Q**    He would do the same thing?

5    **A**    Absolutely.

6    **Q**    Does he have experience doing that?

7    **A**    No.

8    **Q**    He --

9    **A**    It's a two-day training thing.  So it's not, I mean, very

10   hard.

11   **Q**    Got it.  You have a big truck.  What other cars do you

12   have?  What -- what was his -- what would his transportation be

13   if he were released?

14   **A**    He would ride with me.

15   **Q**    Okay.  Same vehicle?

16   **A**    Same vehicle, yes, sir.

17   **Q**    Do you have a mobile phone?

18   **A**    I do.

19   **Q**    How many?

20   **A**    I have one.

21   **Q**    How about your wife?

22   **A**    She has one -- or she has two.  She has one for work and

23   one personal.

24   **Q**    How about your seven-year-old?

25   **A**    She doesn't have one.

1    Q    Ipads?

2    A    She has one, I guess.

3    Q    What other electronic devices are in your house?

4    A    Besides TVs, I mean, it's -- that's about it.

5    Q    Are they smart TVs?

6    A    All but two -- all but one.  I'm sorry.

7    Q    So how many TVs do you have?

8    A    We have one -- four.  I got one in my room.

9    Q    Okay.  So three -- three are smart TVs?

10   A    Yes, sir.

11   Q    And so you get access to the internet.

12   A    Yes, sir.

13   Q    Get on, watch Hulu?

14   A    Sure, yes.

15   Q    Okay.  You hear where I'm going?

16   A    I hear where you're going, yeah.

17   Q    Yeah, yeah.  Okay.

18   A    You know, I just -- I'm not a tech savvy guy.  You know,

19   I'm just being honest with you.  I can't even hardly type my

20   name on a computer.  So --

21   Q    I'm not worried about you.

22   A    I understand that.

23   Q    Okay.

24   A    I understand that.  I do have a TV, though, that's not a

25   smart TV.

1   **Q**   Got it.  I show you what's been marked as Government

2   Exhibit 2.  Is that you?

3   **A**   It is me.

4   **Q**   All right.

5   **A**   It is.

6   **Q**   You're holding a firearm?

7   **A**   Yes.

8   **Q**   And is that at his house?

9   **A**   It's a rifle, yes.

10  **Q**   Okay.

11  **A**   I went and got that back after all of this took place.  I

12  got it for his birthday.

13  **Q**   Okay.  So you bought him this firearm?

14  **A**   I bought -- yes.

15  **Q**   Okay.

16          **MR. JEHANGIRI:**  I move the admission of Government

17  Exhibit 2.

18          **THE COURT:**  Any objection?

19          **MR. POWERS:**  No objection, Your Honor.

20  **Q**   **(BY MR. JEHANGIRI)**  That's outside of --

21          **THE COURT:**  Exhibit 2 be will be received.  Sorry.

22          **MR. JEHANGIRI:**  I'm sorry.  Thank you.

23          **THE COURT:**  I just want to make the record.

24  **Q**   **(BY MR. JEHANGIRI)**  Did that -- that -- that's you leaving

25  his residence?

1    **A**    Yes, sir.

2    **Q**    How frequently were -- did you go to that residence?

3    **A**    Not much, to be honest with you.  Not much.  She had, you

4    know, someone she was with that I didn't, you know, kind of

5    agree with too well, you know.  But if Evan wanted to see or

6    talk to me, I would -- you know, I'd pick him up.  You know, I

7    didn't just go hang out, you know.

8    **Q**    So you took possession of this firearm.

9    **A**    I did.

10   **Q**    Did you take possession of this one?

11   **A**    No.  No.  They left them there.  The rifle and whatever

12   gun she had.  So -- that's why I took it back.

13   **Q**    Got it.

14        **MR. JEHANGIRI:**  Nothing further.  Thank you.

15        **THE COURT:**  Any further redirect?

16        **MR. POWERS:**  No, Your Honor.

17        **THE COURT:**  Thank you, Mr. Light.  You can step down.

18        **THE WITNESS:**  Thank you, Your Honor.

19      (Witness excused.)

20        **THE COURT:**  Any other witnesses on behalf of the

21   defense?

22        **MR. POWERS:**  No, Your Honor.

23        **THE COURT:**  Okay.  I'll hear argument, then.

24        Jeremy, you have the burden.  So I'll hear from you

25   first.

1          **MR. JEHANGIRI:**  Your Honor, I rely on the sealed

2    pleading, particularly as it relates to obstruction and the

3    nature of the offenses charged.  The nature and circumstances

4    of the charges, coupled with the nature and seriousness posed

5    by the defendant's prerelease, I think are very dire in this

6    case.  I don't say that very often -- or really ever --

7    especially in what's termed a white-collar case.

8          This is -- this is unlike any case.  It is

9    perpetrated in the shadows, and it is -- he has been doing this

10   for a number of years.  And it is no small figure that he is

11   responsible for the theft of tens of millions of dollars and

12   has immediate access upon release of that money.  There is no

13   way anybody could track him a hundred percent.  And that's what

14   we would -- that's -- that's what's necessary here.

15         The danger associated with him getting access to a

16   phone, which is what he has been dying to do, since being in

17   custody, would destroy the opportunities for us to obtain for

18   the hundreds of victims that have been ripped off, including

19   those with retirement and investment accounts.  That is what

20   the nature and circumstances of this offense looked like.

21         He has coordinated and communicated with others about

22   the deleting information from the jail.  He has corroborated

23   much of our evidence, which goes to the 3142(g) factors, on

24   weight of the evidence.

25         This is -- the access to cryptocurrency, Bitcoin, and

1    Ethereum, in particular, via those Trezors, Ledger, watch, from

2    any electronic device, coupled with the motivation to avoid

3    accountability in this Court, is extremely high.

4        The flight risk -- so the flight risk not only

5    articulated in the sealed pleading and what we've outlined here

6    with regard to the access to the funds and his motivation, his

7    search warrants, his searches -- excuse me -- just the charges

8    alone, I could -- anybody could stand up here and say, "You

9    know, he has been charged with 15,000 counts and he faces a

10   million years in prison."  No.

11       At this point, at this point, we -- we have sought

12   and obtained a two-count indictment as a placeholder for

13   various reasons.  One is because this is an ongoing situation,

14   which is why I sought the Court's permission to file that

15   memorandum under seal -- one of the reasons.  But it's still

16   20 -- 20 years each, with a statutory max of 40.  That, too,

17   oftentimes, in cases like white -- quote, unquote, "white

18   collar cases" doesn't really fit the bill.

19       What is telling for the Court's consideration is the

20   guidelines associated with his conduct.  It is above the stat

21   max for one count.  We're talking here about 25 years on the

22   guideline range.  And so it's associated with the nefarious

23   activity that he has done in the shadows to acquire vast

24   amounts of money from people he has no association with, from

25   people who are tied to this district in South Dakota.  He has

1   zero ties.

2           While I find it commendable that his father showed

3   up, I implore the Court to keep Mr. Light, the defendant,

4   detained.  I think the nature and circumstances of the charges,

5   coupled with the nature and seriousnesses -- seriousness posed

6   by his potential release justifies continued detention.

7           We have offered evidence on all three prongs.  I

8   think the evidence about the swatting goes to danger.  I'll --

9   I'll leave that -- I -- I briefly touched on them in the sealed

10  pleading.  But it involved a heavy-duty SWAT response to divert

11  law enforcement from doing their job, again, from the shadows.

12  The Google VoIP number resolving to -- to the defendant and

13  others.

14          I have -- I have some problems with what's contained

15  in the pretrial sentence -- pretrial report, one of which is

16  the claims of his education.  The school records don't merit --

17  follow that.  The source of his money, some of the statements

18  he made in Indiana, coupled with those that -- in this court in

19  the affidavit that came out and that are in the pretrial report

20  raise serious concerns.

21          The fact that his father -- I don't mean to disparage

22  the father -- but he's in possession of a firearm as a prior

23  felon.  They articulate in the pretrial release report that

24  there are no firearms there.  There are a number of things that

25  are problematic in that report.

1          And so I -- I just don't believe that the defendant

2    was candid with the Court and the pretrial service writer.

3    Granted, she was operating in a vacuum and taking the defendant

4    at his word.

5          But for those reasons, based on danger, risk of

6    flight, and obstruction, we'd ask that he remain detained.

7          **THE COURT:**  Okay.

8          Matt.

9          **MR. POWERS:**  Yes, Your Honor.  I'll go ahead and use

10   the podium as well here, if that's okay.

11         **THE COURT:**  Absolutely.

12         **MR. POWERS:**  The first thing, Your Honor, I do want

13   to just address the -- whether or not my client was candid in

14   the presentence report.  I -- I'm looking -- my -- my client --

15   my client dropped out of school after -- either in ninth grade

16   or after ninth grade.  I don't know what the record -- school

17   records would -- but that -- that -- those are the facts, Your

18   Honor.  He has -- doesn't have any formal education after --

19   after that, like attending school.  But he -- so I just did

20   want to address that regarding being candid with probation.

21   There's -- obviously, there's -- that's something that would be

22   literally no reason to lie about.  There would be no benefit

23   for him, one way or the other.

24         Your Honor, with respect to danger to the community,

25   I think the government -- the only thing that we have is the

1    memorandum the government files.  It references a swatting

2    call.  That swatting call, as the government indicated -- it

3    doesn't specifically say in the memorandum that there's --

4    that -- again, the caller did not identify themselves, and the

5    government attributes that call to, quote, "The defendant and

6    others."  There is no evidence that my client -- if a SWAT call

7    was made, there is no evidence that my client made that call.

8    And even -- even if he did, Your Honor, I would argue that that

9    doesn't rise to the level of presenting a danger to the

10   community going forwards, if he is released on bond.

11           With respect, Your Honor, to risk of flight,

12   Mr. Light is a -- a 20-year-old without a driver's license or a

13   passport.  The only ID that they recovered from his home was a

14   school ID.  He doesn't drive.  He doesn't have a car.

15           His father -- he's going to be working and living

16   with his father at his father's home.  They're going to be

17   working six days a week.  His father can ensure that he is

18   following the rules, as laid forth by the Court.

19           I think that -- and, obviously, as I've heard the

20   Court comment previously, he could cut off an ankle bracelet.

21   But we have -- with his father making sure he's doing what he's

22   supposed to do and with an ankle monitor, I think those are two

23   levels of assurance that negate any risk of flight here.

24           The government has talked about, at length,

25   cryptocurrency.  That would be no different than one of the

1    very famous bond cases out of the Southern District of

2    New York, Your Honor, was Bernie Madoff's case.  There's

3    billions of dollars at stake there.

4           Just because it wasn't in cryptocurrency, I guess, my

5    point is, Your Honor, just because Mr. Light may or may not

6    have money in cryptocurrency or have access to cryptocurrency,

7    that's no different than any other defendant, perhaps the

8    defendant who made an initial appearance in Florida yesterday

9    who's worth a couple billion dollars.

10           Just because someone has access to funds doesn't mean

11   that they're going to flee the country, that they're not going

12   to show up in court.  He literally has no criminal history of

13   any kind.  He's never failed to show up for anything because

14   he's never been in trouble before.

15           So the -- the discussions or any phone calls from a

16   20-year-old about -- that sets forth jail phone calls about

17   being scared and hoping he gets house arrest, those are normal

18   conversations for anyone who has never been in trouble to have.

19   And I would ask the Court to give no weight to that at all, the

20   fact that someone hopes to get house arrest, hoping to get out

21   of trouble.

22           Your Honor, the idea that Mr. Light is somehow a

23   flight risk because he is appearing to want to work out some

24   sort of agreement with the government, I think that negates

25   that.  That's also laid forth in their memorandum.

1    There's nothing here, Your Honor, that would show

2    that he is a risk of flight.  The fact that he may or may not

3    have access to money does not mean he is a risk of flight.  The

4    fact that he searched about fake passports when he's 15 years

5    old does not give him a risk of flight.

6        The fact that he Googled Canada, Canadian citizenship

7    after these -- or that -- he's alleged -- an e-mail account

8    associated with him is alleged to have Googled Canadian

9    passports, when no steps were ever taken to obtain a Canadian

10   passport, again, does not demonstrate a risk of flight, Your

11   Honor.

12       For all of those reasons, we're asking that Mr. Light

13   be released on conditions.  I would suggest, Your Honor, one of

14   the conditions that would be appropriate in this case is that

15   he either be completely precluded from accessing

16   internet-capable devices or -- I know frequently in certain

17   types of cases where there is a concern, internet-monitoring

18   devices can be put on cellular phones.  One of those two routes

19   would be appropriate, Your Honor.

20       **THE COURT:**  Okay.  Thank you.

21       Evan, the law that I have to consider in determining

22   whether to release you is called the "Bail Reform Act."  Under

23   that law, there's two things I have to look at, whether you're

24   a risk of flight, that means can I count on you to come back to

25   court when you're supposed to, and whether you're a risk of

```
 1   danger to the community or others.  Risk of flight has to be
 2   proven by a preponderance of the evidence, and risk of danger
 3   has to be proven by clear and convincing evidence.
 4           Is there any information in the Bail Reform Act or in
 5   the -- the bail report on you?  I agree with the probation
 6   officer that you present a favorable case for release.
 7           Based on the information that's been presented in
 8   open court today, via the government, I'm finding that you
 9   should not be released.
10           And, Mr. Light, Frederick Light, I want you to know
11   that I find that you would be a perfectly appropriate custodian
12   of your son.  The decision I'm making doesn't have anything to
13   do with you.  I appreciate the fact that you support him, that
14   you're here, that you're willing to take him into custody at
15   your house and keep an eye him.  And, frankly, I think it would
16   be good for him to work with you, day in and day out, and have
17   to learn to do some work with his hands.  But the Bail Reform
18   Act doesn't ask me to decide what -- what would be good for
19   your son.  It asks me to decide if he's a flight risk or a
20   danger.
21           I've signed dozens and dozens of search warrants in
22   this case.  So there is a lot of information that I know about
23   that Agent Frank summarized.  The one that I thing I didn't
24   know about, until today's hearing, was the loaded pistol that
25   was sitting right next to Evan's computer stand in his bedroom.
```

1        There has been extensive research done by the

2   defendant on extradition.  And, frankly, I don't think the fact

3   that he did some of it when he was a minor and some of it when

4   he was an adult makes any difference at all.  It shows to me

5   preparation for the day that he might get caught if that were

6   to happen.

7        The other piece of evidence that really caught my

8   eye, when Agent Frank was testifying, was the fact that,

9   although the government has seized these external devices --

10  the seven Trezors and the Ledger device -- that there's a

11  workaround.  And that even though those physical devices are

12  not in Evan's possession, that there's a way for him to access

13  the money that is stored on there, if there is money stored on

14  there, even without the devices.

15       This allegation involves the theft of tens of

16  millions of dollars.  If someone is motivated to escape and has

17  the computer skills that Evan might -- clearly has and has

18  access to that kind of money, I don't think anyone could make

19  sure that he didn't leave.  Mr. Light and his wife and his

20  daughter have to sleep sometime.  There are ways to get around

21  ankle monitors, at least to delay notification that you have

22  parted ways with that device for a sufficient period of time to

23  allow you to get somewhere.

24       I agree they didn't find any forms of identification

25  for Mr. Light at his home.  The search warrants that I've

1    signed shows that he has connections with people all over the

2    world and is in communication with them.  I don't find it at

3    all farfetched or James Bondian to believe that someone could

4    arrange for fake identification for him and place those into

5    his hands.

6              So, reluctantly, I do find that Mr. Light is a risk

7    of flight, because of the amount of the money, because of the

8    high level of his computer expertise, because of the motivation

9    that's been demonstrated by the computer searches to escape,

10   and because you're 20 years old and you've never been in

11   trouble before.  And I know that must be horrendous to be in

12   your shoes, and I understand that sometimes people can be

13   tempted into doing things that they would regret later,

14   thinking that they might be able to escape the long arm of the

15   law.

16             So as to risk of danger, I am very concerned about

17   the pistol.  However, there's nothing else indicated in the

18   evidence that would show that he's a risk of danger.  That's a

19   higher burden of proof for the government to show.  They have

20   to show clear and convincing evidence.  I don't know what the

21   origins of the pistol were.  We found out the long rifle came

22   from his father.

23             So I don't -- there may be preponderance of the

24   evidence to support risk of danger, but there's not clear and

25   convincing evidence.  So I'm finding the government has not

1    shown that aspect, and I'm going to detain Mr. Light based

2    solely on risk of flight.

3            I know that's not the result you were hoping to hear

4    today, Evan.  But if you have any questions for me, I'm happy

5    to try to answer them.  Do you have any questions?

6            **THE DEFENDANT:**  No, Your Honor.

7            **THE COURT:**  Okay.  Matt, is there anything else that

8    you would like to place on the record?

9            **MR. POWERS:**  No.  Thank you, Your Honor.

10           **THE COURT:**  Okay.  Jeremy?

11           **MR. JEHANGIRI:**  No.  Thank you.

12           **THE COURT:**  Thank you.  We'll be adjourned.

13        (End of proceedings at 12:20 p.m.)

14                        # # # #

15

16

17

18

19

20

21

22

23

24

25

```
1    UNITED STATES DISTRICT COURT
     DISTRICT OF SOUTH DAKOTA        SS      CERTIFICATE OF REPORTER
2    CENTRAL DIVISION
     * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
3              I, Cheryl A. Hook, official United States District
     Court Reporter, Registered Merit Reporter, Certified Realtime
4    Reporter and Notary Public, hereby certify that the above and
     foregoing transcript has been transcribed to the best of my
5    ability from the District Court's FTR recording system
     consisting of pages 1 through 52.
6              I further certify that I am not a relative or
     employee or attorney or counsel of any of the parties hereto,
7    nor a relative or employee of such attorney or counsel; nor do
     I have any interest in the outcome or events of the action.
8              IN TESTIMONY WHEREOF, I have hereto set my hand
     and official seal this 26th day of June, 2023, at Pierre,
9    South Dakota.
                                    /s/ Cheryl A. Hook
10             _____
                                    CHERYL A. HOOK, RMR, CRR
11                                  Court Reporter and Notary Public
                                    225 S. Pierre St. #420
12                                  Pierre, SD  57501
                                    Phone: (605) 945-4626
13                                  Email: cheryl_hook@sdd.uscourts.gov
                                    My Commission Expires: 04-01-2026
14

15

16

17

18

19

20

21

22

23

24

25
```

BY MR. JEHANGIRI: [3]
5/10 27/21 35/5
BY MR. POWERS: [2]
20/22 31/7
MR. JEHANGIRI: [24]
4/7 5/1 6/22 14/16 15/19
15/25 18/11 18/14 18/17
20/13 20/18 27/19 29/11
29/21 30/1 30/3 30/8 30/8
30/10 40/16 40/22 41/14
42/1 52/11
MR. POWERS: [19] 4/9
15/1 15/23 20/16 20/20
26/16 27/17 29/13 29/15
30/14 30/18 30/23 35/1
40/19 41/16 41/22 45/9
45/12 52/9
THE COURT: [47] 4/2
4/11 4/14 4/24 6/23 9/23
10/2 14/19 14/22 15/3
15/7 15/21 15/24 16/1
18/12 18/15 20/15 20/17
20/19 26/17 27/18 29/12
29/16 29/19 29/24 30/2
30/5 30/7 30/9 30/12
30/16 30/21 30/25 35/3
41/17 41/20 41/23 45/7
45/11 48/20 52/7 52/10
52/12
THE DEFENDANT: [3]
4/13 4/23 52/6
THE WITNESS: [5] 5/7
29/17 31/4 35/2 41/18
UNIDENTIFIED FEMALE
VOICE: [2] 5/4 31/2
UNIDENTIFIED MALE
VOICE: [2] 14/21 15/6
UNIDENTIFIED
PERSON: [1] 29/14

**$**
$12,000 [1] 12/11
$140,000 [3] 27/9 27/15
27/24

**1**
10:59 [1] 4/1
11:37 a.m [1] 30/19
11:49 a.m [1] 30/20
12 [2] 13/2 13/5
12:20 [1] 52/13
15 [3] 22/6 23/22 48/4
15,000 [1] 43/9
16 [2] 22/10 22/14
17 [4] 22/17 23/3 28/16
36/20
17th [1] 23/6
18 [2] 23/6 29/6

**2**
20 [5] 21/25 34/22 43/16
43/16 51/10
20-year-old [4] 25/5
25/16 46/12 47/16
2003 [1] 32/4
2004 [1] 35/14
2015 [2] 5/16 5/23
2017 [1] 37/18
2019 [1] 6/9
2020 [5] 9/3 22/16 28/3

2020-ish [1] 28/3
2021 [11] 9/6 17/24 22/23
23/6 26/7 26/8 26/10
26/11 28/23 29/1 37/18
2022 [9] 6/17 11/16 17/15
21/10 23/10 23/12 26/2
26/3 26/7
2023 [3] 8/18 19/3 19/16
21 [1] 17/17
23-40057 [1] 4/4
24 [2] 13/2 13/5
25 [1] 43/21
27th [1] 22/25

**3**
3142 [1] 42/23
3rd of [1] 22/4

**4**
40 [1] 43/16
40057 [1] 4/4

**5**
5-4-21 [1] 17/17
50 [1] 10/15
5th [1] 22/9

**6**
6th [1] 23/16

**8**
810 [2] 8/14 11/4

**9**
900 [1] 13/20
9th [4] 8/18 12/1 13/8
19/16

**A**
abides [1] 32/16
able [3] 8/4 32/6 51/14
absolutely [7] 14/13
31/24 31/24 32/17 33/3
38/5 45/11
access [17] 12/19 12/23
13/9 13/25 14/1 26/22
33/5 39/11 42/12 42/15
42/25 43/6 47/6 47/10
48/3 50/12 50/18
accessing [1] 48/15
account [8] 15/14 15/17
16/8 16/21 16/22 21/5
28/9 48/7
accountability [1] 43/3
accounts [1] 42/19
accurate [1] 37/18
accurately [1] 7/6 19/22
acquire [2] 24/4 43/23
across [1] 7/12
Act [3] 48/22 49/4 49/18
activity [2] 6/3 43/23
acts [1] 17/20
additional [1] 21/15
address [10] 9/7 9/10
9/15 9/17 11/3 11/11
12/15 31/11 45/13 45/20
addresses [1] 9/16
adjourned [1] 52/12
administration [1] 5/21
admission [3] 15/19
20/13 40/16
admitted [1] 29/21

adopted [1] 6/6
adult [4] 28/14 29/3 29/7
50/4
affidavit [1] 44/19
after [19] 6/8 21/9 22/9
22/10 22/10 22/23 23/5
23/6 23/10 23/12 23/12
26/4 26/11 40/11 45/15
45/16 45/18 45/19 48/7
again [7] 12/22 16/5 23/3
26/3 44/11 46/4 48/10
Against [1] 6/6
age [2] 21/23 29/6
agent [9] 5/3 5/14 6/9
6/14 6/18 16/2 20/23
49/23 50/8
ago [1] 32/4
agree [4] 22/19 41/5 49/5
50/24
agreement [1] 47/24
ahead [2] 16/16 45/9
air [1] 28/5
air-conditioning [1] 28/5
allegation [1] 50/15
allegations [1] 29/8
alleged [4] 23/12 26/1
48/7 48/8
allow [1] 50/23
allowed [1] 31/22
alone [1] 43/8
along [1] 36/6
already [5] 13/3 14/2
23/9 31/11 33/19
alter [1] 13/25
alterations [1] 19/25
although [3] 7/15 27/8
50/9
America [1] 4/3
amount [2] 29/8 51/7
amounts [1] 17/8 43/24
analogy [1] 27/5
analysis [1] 6/2
analyst [4] 5/24 5/25 6/1
6/8
ankle [4] 33/1 46/20
46/22 50/21
another [6] 6/17 7/21
12/2 18/3 19/15 28/21
answer [1] 52/5
anticipate [1] 14/25
anxiety [1] 34/9
anymore [1] 36/8
app [1] 16/13
appear [1] 22/16
appearance [3] 4/5 21/21
47/8
appearing [1] 47/23
appears [1] 27/14
applied [1] 23/19
appreciate [1] 49/13
approach [2] 6/22 18/14
appropriate [3] 48/14
48/19 49/11
approximately [7] 9/3
9/15 9/22 10/6 12/11
17/23 27/10
April [2] 28/23 29/1
argue [4] 4/18 46/8
argument [2] 30/10
41/23
arm [1] 51/14
around [3] 11/16 17/15
50/20

arrange [1] 45/19
arrest [4] 21/17 28/18
47/17 47/20
arrested [1] 36/14
arrived [1] 30/15
articulate [1] 44/23
articulated [1] 43/5
asked [2] 14/22 23/9
asking [1] 48/12
asks [1] 49/19
aspect [1] 52/1
assemble [1] 32/2
assets [1] 14/11
associated [8] 9/9 15/17
21/5 29/8 42/15 43/20
43/22 48/8
association [1] 43/24
Assuming [1] 37/4
assurance [1] 46/23
attacks [1] 6/3
attempted [1] 21/16
attending [1] 45/19
attention [2] 17/13 36/18
attributable [1] 9/18
attributed [1] 9/7
attributes [1] 46/5
August [2] 9/6 28/16
avoid [1] 43/2
aware [2] 22/3 36/13
away [1] 34/10

**B**
B-A-R-G-E-R-S-V-I-L-L-E
[1] 31/16
bachelor's [2] 5/19 5/20
back [10] 5/17 13/24
17/24 23/22 34/4 37/20
38/3 40/11 41/12 48/24
background [3] 19/6
21/15 31/10
backup [1] 13/4
bail [4] 48/22 49/4 49/5
49/17
ballpark [1] 36/22
bank [2] 27/5 28/8
Bargersville [1] 31/13
base [1] 33/2
based [5] 6/2 7/11 45/5
49/7 52/1
Basically [2] 34/7 37/23
bath [1] 13/21
be coming [1] 32/12
became [1] 6/9
becoming [1] 6/14
bedroom [5] 13/15 13/20
19/2 19/4 49/25
before [8] 4/22 17/21
22/25 26/10 28/16 35/24
47/14 51/11
began [2] 6/19 26/7
begin [1] 31/10
beginning [5] 11/14 22/8
22/23 23/5 34/14
behalf [4] 4/8 29/19
30/12 41/20
believe [12] 9/6 10/15
13/16 13/20 13/21 18/24
19/18 28/5 28/6 28/15
45/1 51/3
believed [1] 21/5
belongings [1] 11/8
benefit [1] 45/22
Bernie [1] 47/2

Besides [1] 39/4
Best [1] 10/9
between [4] 10/15 13/11
28/7 36/3
big [2] 10/6 38/11
bill [1] 43/18
billion [1] 47/9
billions [1] 47/3
Binance [2] 7/24 27/6
birthday [5] 22/2 22/9
22/10 23/1 40/12
bit [5] 5/17 27/19 28/1
28/15
Bitcoin [7] 7/15 7/23
14/10 42/25
black [1] 35/17
block [1] 8/4
bond [2] 46/10 47/1
Bondian [1] 51/3
both [3] 11/22 11/23 24/4
bought [2] 40/13 40/14
bracelet [1] 46/20
brand [2] 10/3 12/2
brief [1] 30/16
briefly [1] 44/9
burden [3] 4/16 41/24
51/19
buy [3] 10/9 17/1 24/2

**C**
call [8] 30/21 30/23 32/18
46/2 46/2 46/5 46/6 46/7
called [3] 12/25 15/5
48/22
caller [1] 46/4
calling [1] 14/25
calls [3] 5/2 47/15 47/16
came [2] 44/19 51/21
Canada [2] 17/10 48/6
Canadian [5] 23/16
23/19 48/6 48/8 48/9
candid [3] 45/2 45/13
45/20
capable [1] 48/16
capacity [1] 6/4
car [1] 46/14
cars [1] 38/11
cases [5] 6/3 43/17 43/18
47/1 48/17
caught [2] 50/5 50/7
cause [1] 25/15
cell [1] 10/21
cellular [1] 48/18
certain [2] 17/11 48/16
chain [1] 8/6
chair [2] 19/6 19/6
change [1] 14/1
characters [1] 10/16
charged [2] 42/3 43/9
charges [5] 36/13 36/16
42/4 43/7 44/4
chart [1] 17/25
checks [1] 28/7
Chevy [1] 10/5
Children [1] 6/6
chosen [2] 13/6 14/2
circumstances [3] 42/3
42/20 44/4
Citizen [1] 17/9
citizenship [4] 17/9
23/17 23/20 48/6
city [1] 31/12
claims [1] 44/16

clear [4] 4/19 49/3 51/20 51/24
clearly [1] 50/17
clerk [1] 30/17
client [12] 21/5 21/14 21/15 23/13 25/24 26/2 27/7 45/13 45/14 45/15 46/6 46/7
client's [2] 21/11 21/23
close [1] 32/4
closet [2] 19/18 19/19
code [3] 10/14 12/13 12/14
Coinbase [5] 7/24 27/6 28/8 28/11 35/9
cold [7] 8/20 8/20 9/5 10/12 12/12 12/21 12/21
collar [2] 42/7 43/18
color [1] 35/16
comes [1] 36/19
coming [3] 32/12 32/12 34/23
commendable [1] 44/2
comment [1] 46/20
communicated [1] 42/21
communication [1] 51/2
community [3] 45/24 46/10 49/1
company [5] 9/4 28/4 28/5 32/1 32/3
completed [1] 6/2
completely [1] 48/15
computer [12] 10/17 10/21 19/8 20/9 22/21 24/25 33/5 39/20 49/25 50/17 51/8 51/9
concern [1] 48/17
concerned [1] 51/16
concerns [2] 34/23 44/20
conditioning [1] 28/5
conditions [2] 48/13 48/14
conduct [2] 18/4 43/20
conducted [2] 16/13 16/22
conducting [1] 30/15
conjunction [1] 10/19
connection [1] 10/22
connections [1] 51/1
consider [2] 25/25 48/21
consideration [1] 43/19
considered [1] 19/19
contact [3] 34/1 34/2 35/18
contained [1] 44/14
contents [1] 7/4
continued [2] 28/17 44/6
contract [1] 32/1
control [3] 7/22 28/5 28/10
conversations [1] 47/18
conversions [1] 17/8
conviction [1] 35/11
convincing [4] 4/20 49/3 51/20 51/25
coordinated [1] 44/20
corroborated [1] 42/22
counsel [1] 4/5
count [3] 43/12 43/21 48/24
countries [6] 17/3 17/5

country [2] 17/11 47/11
counts [1] 43/9
county [1] 21/19
couple [1] 10/24 28/9 47/9
coupled [4] 42/4 43/2 44/5 44/18
Court's [3] 33/9 43/14 43/19
cousin [1] 28/19
create [1] 37/10
created [1] 7/11
creating [1] 37/10
Crime [1] 6/6
Crimes [2] 6/6 6/7
criminal [9] 4/4 5/19 6/3 6/11 6/11 25/16 28/21 36/13 47/12
cross [4] 20/19 20/21 35/3 35/4
cross-examination [4] 20/19 20/21 35/3 35/4
crypto [2] 14/11 18/5
cryptocurrencies [2] 7/17 11/10
cryptocurrency [23] 6/18 7/9 7/11 7/13 7/23 8/7 8/10 8/22 11/18 12/17 14/10 18/6 26/20 26/23 27/1 27/4 28/11 28/21 42/25 46/25 47/4 47/6 47/6
curfew [3] 32/15 32/16 32/18
custodial [4] 7/19 7/21 7/25 7/25
custodian [1] 49/11
custody [3] 21/20 42/17 49/14
customer's [1] 37/25
cut [1] 46/20
cyber [2] 6/11 6/11

**D**

Dakota [3] 26/10 26/14 43/25
danger [12] 4/19 42/15 44/8 45/5 45/24 46/9 49/1 49/2 49/20 51/16 51/18 51/24
data [1] 15/17
date [7] 4/15 8/17 16/16 16/18 16/18 18/8 19/2
daughter [2] 31/20 50/20
day [13] 4/15 6/20 19/22 21/17 32/13 32/14 32/14 37/22 37/24 38/9 49/16 49/16 50/5
days [8] 21/9 28/17 33/14 33/15 33/16 33/17 33/18 46/17
debris [1] 38/3
decide [2] 49/18 49/19
decision [1] 49/12
defendant [16] 8/8 9/8 9/19 17/5 18/4 18/7 28/12 28/13 44/3 44/12 45/1 45/3 46/5 47/7 47/8 50/2
defendant's [9] 10/7 11/25 13/15 13/23 16/8 19/2 19/23 31/1 42/5
Defender's [1] 4/10

defense [1] 6/8
definition [1] 17/2
delay [1] 50/21
deleting [1] 42/22
deletions [1] 7/25
delivered [7] 8/12 8/13 8/24 9/5 9/14 9/21 11/4
demonstrate [2] 4/17 48/10
demonstrated [2] 8/9 51/9
department [2] 24/2 24/2
depict [1] 19/22
deposits [1] 28/8
derived [1] 28/20
describe [2] 7/10 34/1
desk [3] 13/15 19/5 20/9
desktop [1] 19/8
destroy [1] 42/17
detain [1] 52/1
detained [2] 44/4 45/6
detention [2] 4/16 44/6
determining [1] 48/21
device [12] 8/2 8/3 10/4 10/17 12/12 12/16 12/18 12/23 14/2 43/2 50/10 50/22
devices [24] 9/4 9/5 10/6 10/19 10/21 11/21 11/24 12/20 12/21 13/7 13/8 13/11 13/24 13/25 14/12 14/14 25/19 33/5 39/3 48/16 48/18 50/9 50/11 50/14
dictionary [1] 13/3
difference [1] 50/4
different [4] 7/13 20/4 46/25 47/7
differently [1] 12/7
digital [1] 14/11
digits [1] 10/16
dire [1] 42/10
DIRECT [2] 5/9 31/6
directly [1] 15/16
discussed [1] 8/20
discussing [1] 4/21
discussion [1] 4/14
discussions [1] 47/15
disorder [1] 34/9
disparage [1] 44/21
district [2] 43/25 47/1
divert [1] 44/10
Dodge [2] 35/14 35/14
Dodge pick [1] 35/14
dollars [6] 29/8 29/10 42/11 47/3 47/9 50/16
Domestic [1] 6/7
door [2] 11/5 19/8
down [4] 21/21 29/4 29/16 41/17
dozens [2] 49/21 49/21
draft [1] 29/4
draw [1] 17/13
drawers [1] 13/16
drive [3] 35/13 46/14
driver's [2] 24/18 46/12
dropped [1] 45/15
during [8] 19/15 21/16 21/19 27/24 33/25 34/12 36/24 37/1
duty [1] 44/10
dying [1] 42/16

**E**

e-mail [8] 9/7 9/9 9/15 9/16 15/17 16/8 21/5 48/7
e-mails [1] 9/18
each [2] 34/6 43/16
easier [1] 34/11
education [3] 5/18 44/16 45/18
effectively [1] 27/4
eight [1] 26/4
either [3] 25/7 45/15 48/15
electronic [2] 39/3 43/2
employ [1] 37/2
encoded [1] 12/14
encrypted [1] 10/14
encryption [2] 10/16 14/2
end [3] 12/10 29/4 52/13
enforcement [2] 5/22 44/11
engaged [1] 6/13
enrolled [1] 37/17
ensure [4] 32/16 33/6 33/9 46/17
entire [1] 21/10
entries [1] 22/13
escape [3] 50/16 51/9 51/14
especially [1] 42/7
essentially [1] 27/3
Ethereum [4] 7/15 7/23 14/11 43/1
Evan [9] 4/4 4/12 4/14 31/22 37/9 41/5 48/21 50/17 52/4
Evan's [3] 36/6 49/25 50/12
even [8] 13/2 13/6 15/1 39/19 46/8 46/8 50/11 50/14
everybody [1] 11/6 11/9
evicted [2] 36/8 36/12
evidence [24] 4/18 4/20 4/21 4/24 23/19 24/6 24/22 26/9 27/7 29/19 30/12 42/23 42/24 44/7 44/8 46/6 46/7 49/2 49/3 50/7 51/18 51/20 51/24 51/25
ex [1] 33/21
ex-wife [1] 33/21
exact [1] 31/11
exactly [2] 12/8 19/19
examination [2] 5/9 20/19 20/21 27/20 31/6 35/3 35/4
exchange [1] 7/21
excuse [5] 9/1 22/24 22/25 23/10 43/7
excused [2] 29/18 41/19
executed [1] 8/15
EXHIBITS [4] 3/1 18/19 20/14 20/17
experience [1] 38/6
expertise [1] 51/8
expound [1] 27/25
extensive [1] 50/1
external [1] 50/9
extradites [1] 17/11
extradition [3] 17/1 17/7 50/2

extremely [1] 43/3
eye [2] 49/15 50/8

**F**

F-R-A-N-C-K [1] 12/7
F-R-A-N-K [1] 5/8
F-R-E-D-E-R-I-C-K [1] 31/5
face [1] 12/13
faces [1] 43/9
facing [2] 19/8 36/13
fact [8] 44/21 47/20 48/2 48/4 48/6 49/13 50/2 50/8
factors [1] 42/23
facts [2] 7/6 45/17
fail [1] 13/4
fail-safe [1] 13/4
failed [1] 47/13
fair [1] 27/5
fairly [2] 7/6 19/21
fake [4] 17/1 17/9 48/4 51/4
fall [1] 18/8
familiar [1] 7/1
family [1] 27/9
famous [1] 47/1
far [2] 22/20 37/9
farfetched [1] 51/3
fashion [1] 14/12
father [10] 14/25 36/24 44/2 44/21 44/22 46/15 46/16 46/17 46/21 51/22
father's [1] 46/16
favorable [1] 49/6
FBI [4] 5/14 5/15 5/23 6/9
February [12] 6/17 11/16 17/15 21/10 22/2 22/24 22/9 22/25 23/6 23/12 26/2 26/7
February 17th [1] 23/6
February 2022 [1] 26/2
February 5th [1] 22/9
Federal [1] 4/9
feet [1] 13/20
felon [1] 44/23
felony [1] 35/11
few [2] 33/25 34/12
figure [1] 42/10
filed [2] 7/3 30/3
files [1] 46/1
filter [1] 38/2
find [5] 44/2 49/11 50/24 51/2 51/6
finding [2] 49/8 51/25
firearm [13] 19/15 19/17 25/2 25/3 25/5 25/8 25/11 25/13 25/17 40/6 40/13 41/8 44/22
firearms [1] 44/24
first [9] 5/5 21/3 22/24 23/22 24/3 31/3 36/14 41/25 45/12
fit [1] 43/18
fix [1] 38/1
flee [1] 47/11
flight [16] 4/17 43/4 43/4 45/6 46/11 46/23 47/23 48/2 48/3 48/5 48/10 48/24 49/1 49/19 51/7 52/2
Florida [1] 47/8
focus [1] 36/18
follow [1] 44/17

following [2] 5/18 46/18
Ford [1] 10/5
formal [2] 5/17 45/18
forms [3] 7/13 8/1 50/24
forth [4] 7/6 46/18 47/16
47/25
forward [1] 30/25
forwards [1] 46/10
found [5] 18/9 19/4 25/13
25/20 51/21
four [2] 37/15 39/8
frame [4] 27/10 27/11
27/12 27/24
Franck [2] 12/6 12/6
12/17
Frank [7] 5/2 5/3 5/7 5/14
20/23 49/23 50/8
frankly [2] 49/15 50/2
Fred [1] 30/23
Frederick [4] 4/4 31/1
31/4 49/10
frequently [3] 35/19 41/2
48/16
front [2] 16/3 19/7
full [1] 37/2
function [3] 10/11 10/11
10/13
funds [2] 43/6 47/10
further [6] 27/17 29/11
30/11 35/1 41/14 41/15
furtherance [1] 17/20

**G**

Gangs [1] 6/5
gave [2] 27/14 27/15
general [1] 29/7
generally [3] 7/10 16/23
28/20
give [5] 11/6 11/9 12/18
47/19 48/5
gmail.com [2] 9/13 15/14
gone [2] 24/22 24/25
good [12] 4/7 4/11 4/13
5/11 5/12 20/23 31/8 31/9
35/6 36/5 49/16 49/18
Google [7] 15/13 16/7
16/12 17/25 24/22 25/20
44/12
Google.com [2] 16/13
16/14
Googled [2] 48/6 48/8
government [24] 4/17
6/25 14/22 15/10 15/15
15/20 16/6 21/4 25/2 25/8
25/17 29/20 40/1 40/16
45/25 46/1 46/2 46/5
46/24 47/24 49/8 50/9
51/19 51/25
Government 1 [1] 15/20
Government Exhibit 1
[3] 15/10 16/6 21/4
GOVERNMENT'S [2]
1/24 5/3
grade [2] 45/15 45/16
graduate [1] 37/19
Granted [1] 45/3
guard [2] 32/2 38/2
guess [3] 21/15 39/2
47/4
guideline [1] 43/22
guidelines [1] 43/20

gutter [2] 32/2 38/1
guy [1] 39/18
guys [1] 35/21

**H**

hacking [1] 17/4
half [2] 33/18 37/16
halfway [1] 17/25 29/4
hallway [1] 15/4
handgun [1] 18/24
handing [2] 6/24 18/18
hands [2] 49/17 51/5
hang [1] 41/7
happen [2] 32/10 50/6
happening [1] 33/7
happy [1] 52/4
hard [2] 34/9 38/10
hardly [1] 39/19
having [1] 13/7
hear [9] 20/25 20/25 21/2
35/23 39/15 39/16 41/23
41/24 52/3
heard [2] 33/19 46/19
hearing [4] 4/16 14/18
30/15 49/24
heating [1] 28/4
heavy [1] 44/10
heavy-duty [1] 44/10
help [1] 6/2
Hemisphere [1] 6/6
hers [1] 36/19
Hi [1] 35/7
high [5] 5/18 12/10 37/15
43/3 51/8
high-end [1] 12/10
higher [1] 51/19
hired [1] 5/23
history [6] 15/13 16/7
24/23 25/16 37/8 47/12
hit [1] 34/5
hmm [1] 28/2
hold [1] 27/5
holding [3] 4/16 7/22
40/6
home [15] 21/12 21/12
24/9 24/11 24/13 25/22
31/17 31/19 31/23 33/2
34/10 37/25 46/13 46/16
50/25
homebody [1] 34/8
honest [1] 36/2 39/19
41/3
Honestly [1] 37/9
hopes [1] 47/20
hoping [3] 47/17 47/20
52/3
horrendous [1] 51/11
house [19] 8/24 9/14
9/21 11/3 13/12 13/17
13/18 13/19 19/4 19/23
20/6 25/23 25/25 34/18
39/3 40/8 47/17 47/20
49/15
However [1] 51/17
Hulu [1] 39/13
hundred [1] 42/13
hundreds [1] 42/18
Huntington [1] 28/8
HVAC [1] 28/4

**I**

I'd [3] 14/16 14/17 41/6

idea [1] 47/22
identification [4] 24/13
24/14 50/24 51/4
identifications [1] 24/11
identify [2] 14/20 46/4
illegal [6] 25/3 25/5 25/8
25/13 25/16 26/25
illegally [2] 24/5 24/7
immediate [1] 42/12
immediately [1] 32/18
implore [1] 44/3
impression [2] 36/10
37/11
inaccurate [1] 37/18
inches [1] 10/8
Incident [1] 6/7
including [2] 27/9 42/18
Indecipherable [27] 10/9
13/19 14/21 16/9 16/11
16/15 16/17 16/20 17/7
17/19 18/9 18/19 20/3
21/18 22/23 23/24 24/1
24/4 25/1 26/11 28/3
29/13 29/15 32/22 32/24
34/8 35/20
Indiana [5] 8/14 11/4
30/15 31/13 44/18
Indianapolis [2] 21/21
31/14
indicated [2] 46/2 51/17
indictment [1] 43/12
individuals [2] 8/21 27/3
influx [1] 28/11
information [7] 5/20 6/17
17/6 42/22 49/4 49/7
49/22
inherently [1] 26/25
initial [2] 21/21 47/8
injured [1] 28/6
inside [2] 11/7 19/23
install [1] 32/3
instances [1] 18/6
intel [1] 6/8
intelligence [4] 5/24 5/25
6/1 6/2
interact [2] 8/6 10/18
internet [6] 7/12 10/22
13/3 39/11 48/16 48/17
internet-capable [1]
48/16
internet-monitoring [1]
48/17
interview [1] 21/16
introduce [2] 5/13 5/13
intrusion [15] 6/18 11/15
11/22 17/14 17/18 17/21
17/21 18/4 21/9 23/12
26/1 26/4 26/7 26/9 26/13
intrusions [1] 6/3
investigation [4] 7/7 8/8
8/9 18/3
investment [1] 42/19
involved [5] 5/22 6/16
7/14 26/2 44/10
involves [1] 50/15
involving [1] 17/4
Ipads [1] 39/1
ish [1] 28/3
issue [1] 17/5
item [1] 18/24
items [7] 8/10 8/12 8/19

**J**

jail [5] 21/20 42/22 47/16
James [1] 51/3
jameslolfgts [2] 9/13
15/14
January [3] 9/3 22/25
January 27th [1] 22/25
Jehangiri [1] 4/8
Jeremy [5] 4/7 4/24
27/18 41/24 52/10
job [2] 37/23 44/11
jobs [1] 37/24
judge [3] 9/1 15/25 18/11
justice [1] 5/19
justifies [1] 44/6

**K**

keep [4] 8/21 27/4 44/3
49/15
kept [1] 7/17
key [13] 10/18 10/24 11/1
11/1 11/1 11/9 11/11
11/11 12/14 12/19 13/5
13/6 14/7
keys [5] 7/22 8/3 8/5 11/5
11/5
kid [4] 22/21 28/14 28/25
29/5
kind [9] 24/11 31/25
32/21 34/4 34/10 35/13
41/4 47/13 50/18
kitchen [3] 13/16 19/18
19/20
knowledge [3] 23/21
24/8 25/10
known [1] 17/7

**L**

L-E-D-G-E-R [1] 12/5
L-I-G-H-T [1] 31/5
laid [2] 46/18 47/25
Laptops [1] 10/21
large [3] 10/16 13/18
13/19
last [8] 5/5 26/8 27/24
31/3 31/5 33/25 34/12
34/17
later [2] 34/4 51/13
law [5] 5/24 44/11 48/21
48/23 51/15
leaf [2] 32/1 32/2
learn [1] 49/17
learned [3] 18/4 18/6
21/22
least [2] 13/14 33/5
50/21
leave [2] 44/9 50/19
leaving [1] 40/24
Lebanon [2] 8/14 11/4
Ledger [6] 12/2 12/5 13/7
13/12 43/1 50/10
Ledgers [1] 12/24
left [3] 15/8 32/4 41/11
legally [2] 24/4 24/7
length [1] 46/24
lengths [1] 10/14
level [2] 46/9 51/8
levels [1] 46/23
license [2] 24/18 46/12
lie [1] 45/22
life [1] 34/14

M-U-E-L-L-E-R [1] 12/7
made [4] 44/18 46/7 46/7
47/8
Madoff's [1] 47/2
mail [9] 9/7 9/9 9/15 9/16
15/17 16/8 21/5 48/7
mails [1] 9/18
main [1] 18/23
make [3] 19/25 40/23
50/18
makes [3] 6/2 9/4 50/4
making [3] 16/14 46/21
49/12
male [1] 15/8
many [8] 9/14 9/21 11/24
33/14 33/15 37/15 38/19
39/7
March [2] 6/9 9/3
marked [5] 6/24 15/9
18/18 30/3 40/1
married [1] 33/22
marshal's [1] 21/20
master's [1] 5/20
material [1] 37/25
math [1] 28/15
Matt [5] 4/9 14/25 30/22
45/8 52/7
matter [2] 4/3 6/4 6/10
14/4 14/8 14/14 15/18
matters [6] 6/11 16/25
17/3
max [2] 43/16 43/21

30/13 30/24 31/1 31/4
31/8 35/1 41/17 44/3
46/12 47/5 47/22 48/12
49/10 49/10 50/19 50/25
51/6 52/1
likewise [2] 9/18 12/12
line [1] 8/4
lines [2] 22/5
literally [3] 12/15 45/22
47/12
little [5] 5/17 12/6 13/20
27/19 28/15 31/10
live [2] 31/12 31/13
lived [5] 13/22 25/24
25/24 34/17 36/20
lives [1] 31/19
living [6] 13/15 33/20
34/13 34/18 34/18 46/15
loaded [2] 19/9 19/10
49/24
local [1] 28/4
located [5] 11/25 15/12
19/15 19/17 20/6
locations [2] 13/13 20/4
long [5] 5/15 10/8 21/8
51/14 51/21
longer [2] 13/2 29/5
look [3] 19/11 23/15
48/23
looked [2] 42/20
looking [7] 12/8 16/5
16/9 22/5 22/20 26/12
45/14
looks [1] 6/1
lost [1] 34/7
lot [2] 32/1 34/5 34/5
49/22
lower [1] 17/14

**Miller [2]** 26/11
12/17
**must [1]** 51/11
**myself [1]** 32/24

**N**

**name [10]** 5/5 9/9 10/3
12/2 28/6 31/3 31/4 31/5
31/15 39/20
**nature [8]** 7/24 36/16
42/3 42/3 42/4 42/20 44/4
44/5
**necessary [1]** 42/14
**need [3]** 14/5 31/11
32/25
**needed [1]** 20/11
**nefarious [1]** 43/22
**negate [1]** 46/23
**negates [1]** 47/24
**never [6]** 33/22 36/20
47/13 47/14 47/18 51/10
**New [1]** 47/2
**New York [1]** 47/2
**next [4]** 19/11 22/8 22/13
49/25
**night [1]** 21/20
**ninth [2]** 45/15 45/16
**ninth grade [2]** 45/15
45/16
**Nix [1]** 13/23
**Noble [2]** 8/14 11/4
**noncustodial [1]** 8/1
**nonextradition [2]** 17/2
17/6
**normal [1]** 47/17
**normally [1]** 10/9
**note [1]** 4/5
**nothing [5]** 29/11 30/11
41/14 48/1 51/17
**notification [1]** 50/21
**number [7]** 7/18 10/13
18/23 19/11 42/10 44/12
44/24
**numbers [1]** 13/14

**O**

**obeys [1]** 33/9
**objection [4]** 20/15 20/16
40/18 40/19
**objections [1]** 15/22
**observed [1]** 19/22
**obstruction [2]** 42/2 45/6
**obtain [3]** 23/23 42/17
48/9
**obtained [2]** 24/6 43/12
**obviously [2]** 45/21
46/19
**occasionally [1]** 32/13
**occurred [2]** 23/12 26/4
**October [3]** 23/10 23/16
26/3
**October 2022 [1]** 23/10
**off [4]** 8/3 8/4 42/18
46/20
**off-line [1]** 8/4
**offense [1]** 42/20
**offenses [1]** 42/3
**offered [1]** 44/7
**Office [1]** 4/10
**officer [2]** 32/19 49/6
**often [1]** 42/6
**oftentimes [1]** 43/17
**Oh [1]** 10/21

old [1] 44/19 48/22 48/14
22/17 23/3 23/7 23/22
25/5 25/16 38/24 46/12
47/16 48/5 51/10
**older [1]** 34/11
**Once [1]** 35/22
**one [31]** 7/18 12/2 13/11
13/14 13/16 13/21 15/25
16/1 22/24 33/4 34/4
37/16 38/20 38/22 38/22
38/23 38/25 39/2 39/6
39/8 39/8 41/10 43/13
43/15 43/21 44/15 45/23
46/25 48/13 48/18 49/23
**one-bath [1]** 13/21
**ones [1]** 7/13
**ongoing [1]** 43/13
**only [5]** 23/11 28/11 43/4
45/25 46/13
**open [4]** 4/1 10/18 30/20
49/8
**opened [1]** 6/19
**operating [1]** 45/3
**opportunities [1]** 42/17
**opportunity [2]** 7/3 15/1
**order [3]** 11/11 33/1 33/4
**orders [1]** 33/10
**Organized [1]** 6/5
**origins [1]** 51/21
**others [6]** 7/15 28/19
42/21 44/13 46/6 49/1
**outlined [2]** 17/5 43/5
**outside [2]** 20/10 40/20
**over [7]** 13/20 27/10
27/13 27/14 27/15 35/21
51/1
**overlap [3]** 27/25 28/7
28/9
**overt [1]** 17/20
**own [4]** 25/5 31/17 31/17
31/18
**owning [2]** 25/17 26/25

**P**

**pantry [2]** 19/18 19/19
**part [3]** 7/7 17/14 19/5
**parted [1]** 50/22
**participate [1]** 21/11
**particular [1]** 43/1
**particularly [2]** 17/3 42/2
**party [1]** 27/5
**pass [1]** 10/14
**passport [9]** 17/1 17/1
23/23 24/2 24/4 24/6
24/20 46/13 48/10
**passports [4]** 17/9 24/9
48/4 48/9
**Pause [3]** 16/4 18/13
26/18
**pay [1]** 36/17
**payroll [2]** 28/4 28/7
28/10
**people [5]** 26/22 43/24
43/25 51/1 51/12
**per [1]** 35/21
**percent [1]** 42/13
**perfectly [1]** 49/11
**perhaps [1]** 47/7
**period [3]** 27/14 34/12
50/22
**permission [1]** 43/14
**perpetrated [1]** 42/9
**person [1]** 14/17

personal [1] 44/11 32/2
**phone [6]** 12/16 16/13
38/17 42/16 47/15 47/16
**phones [2]** 10/21 48/18
**photo [5]** 19/1 19/1 20/9
20/11 24/14
**photos [3]** 20/1 24/15
24/16
**phrase [4]** 8/3 8/6 14/5
14/7
**phrases [3]** 13/1 13/1
13/10
**physical [2]** 11/3 50/11
**pick [2]** 35/14 41/6
**picture [1]** 20/4
**pictures [1]** 19/21
**piece [1]** 50/7
**pieces [1]** 12/10
**pistol [3]** 49/24 51/17
51/21
**place [8]** 11/15 11/18
22/6 28/23 32/16 40/11
51/4 52/8
**placeholder [1]** 43/12
**placement [1]** 20/2
**placing [1]** 33/2
**plan [1]** 32/9
**pleading [3]** 42/2 43/5
44/10
**please [6]** 4/2 4/5 5/13
10/25 30/25 31/2
**podium [1]** 45/10
**point [6]** 17/21 24/24
28/6 43/11 43/11 47/5
**points [1]** 13/25
**portion [2]** 15/13 16/7
**posed [2]** 42/4 44/5
**possession [5]** 14/14
41/8 41/10 44/22 50/12
**postdate [1]** 11/22
**potential [1]** 44/6
**potentially [1]** 15/2
**Powers [2]** 4/9 30/7
**precluded [1]** 48/15
**predate [2]** 11/22 17/17
**preparation [1]** 50/5
**preponderance [2]** 4/18
49/2 51/23
**prerelease [1]** 42/5
**present [3]** 4/25 6/19
49/6
**presented [1]** 49/7
**presentence [1]** 45/14
**presenting [1]** 46/9
**pretrial [5]** 44/15 44/15
44/19 44/23 45/2
**pretty [2]** 10/16 34/15
**prevent [1]** 6/3
**previously [2]** 35/8 46/20
**primary [1]** 8/13
**prior [3]** 26/13 35/11
44/22
**prison [1]** 43/10
**private [1]** 7/22 8/3 8/5
10/18 10/24 11/1 11/5
11/11 12/19 13/5 13/6
**probable [1]** 25/15
**probably [1]** 32/4
**probation [3]** 32/19
45/20 49/5
**problematic [1]** 44/25
**problems [1]** 44/14
**proceedings [1]** 52/13

product [1] 32/2
**proffering [1]** 29/22
**prongs [1]** 44/7
**proof [1]** 51/19
**protection [1]** 32/2
**prove [1]** 4/19
**proven [2]** 49/2 49/3
**provided [1]** 6/17
**provides [1]** 12/3
**public [7]** 4/9 5/21 11/1
11/11 11/9 12/14 12/14
**pull [1]** 13/3
**purchase [2]** 10/9 11/21
**purchased [2]** 8/9 9/7
25/19
**purpose [1]** 14/18

**Q**

**QR [2]** 12/13 12/14
**question [1]** 21/3
**questions [5]** 4/22 27/17
35/1 52/4 52/5
**quote [2]** 13/9 43/17 46/5

**R**

**R-I-C-H-A-R-D [1]** 5/7
**raise [1]** 44/20
**range [1]** 43/22
**rather [1]** 29/22
**raw [1]** 6/1
**ready [1]** 30/17
**really [3]** 42/6 43/18 50/7
**reason [1]** 45/22
**reasons [4]** 43/13 43/15
45/5 48/12
**recall [2]** 19/9 19/17
**receive [1]** 35/24
**received [4]** 15/24 20/17
35/8 40/21
**recess [3]** 30/14 30/16
30/19
**recognize [4]** 15/10
18/20 18/25 19/12
**reconstitute [1]** 13/6
**record [4]** 4/6 5/6 31/3
40/23 45/16 52/8
**record's [1]** 16/11
**records [3]** 37/17 44/16
45/17
**recovered [4]** 24/9 24/11
24/13 46/13
**recovery [7]** 8/3 8/6 13/1
13/1 13/10 14/5 14/7
**recross [1]** 29/12
**redirect [3]** 27/18 27/20
41/15
**reference [1]** 22/22
**references [1]** 16/11
**Reform [3]** 48/22 49/4
49/17
**regard [2]** 10/12 43/6
**regarding [6]** 16/25
17/14 23/16 26/1 26/19
45/20
**regards [1]** 15/18
**regret [1]** 51/13
**relates [1]** 42/2
**relationship [2]** 36/5
36/19
**release [6]** 32/15 42/12
44/6 44/23 48/22 49/6
**released [3]** 31/22 32/6
32/10 33/12 37/4 38/13

**M**

**May 2021 [1]** 26/11
**May 9th [4]** 8/18 12/1
13/8 19/16
**May 9th of [1]** 19/3
**maybe [3]** 20/4 20/4
37/16
**mean [12]** 7/20 10/25
27/11 32/23 36/1 36/18
36/25 38/9 39/4 44/21
47/10 48/3
**means [1]** 48/24
**Melinda [1]** 13/23
**members [1]** 27/9
**memorandum [6]** 6/25
7/4 43/15 46/1 46/3 47/25
**mentioned [3]** 10/24
11/14 28/20
**merit [1]** 44/16
**message [1]** 35/25
**microphone [1]** 20/25
**might [3]** 50/5 50/17
51/14
**million [1]** 43/10
**millions [3]** 29/10 42/11
50/16
**minor [3]** 22/22 28/17
50/3
**misheard [1]** 35/23
**miss [1]** 34/5
**Mm [1]** 28/2
**Mm-hmm [1]** 28/2
**mobile [1]** 38/17
**mom [2]** 27/22 34/15
**moment [2]** 18/11 26/16
**Monday [1]** 33/16
**money [14]** 11/12 17/8
27/9 28/18 35/8 42/12
43/24 44/17 47/6 48/3
50/13 50/13 50/18 51/7
**monies [1]** 28/20
**monitor [2]** 33/1 46/22
**monitored [1]** 33/6
**monitoring [1]** 48/17
**monitors [2]** 19/7 50/21
**month [1]** 35/21
**months [3]** 26/4 28/9
32/4
**more [2]** 32/23 35/22
**morning [11]** 4/3 4/7
4/11 4/13 5/11 5/12 20/23
20/24 31/8 31/9 35/6
**mother [6]** 13/23 27/9
27/15 28/19 33/23 36/4
**mother's [3]** 21/12 25/22
25/23
**motivated [1]** 50/16
**motivation [3]** 43/2 43/6
51/8
**move [8]** 8/6 8/7 11/12
14/10 15/19 20/13 23/10
40/16
**Mr. Fred [1]** 30/23
**Mr. Light [15]** 4/10 30/13
31/8 35/1 41/17 44/3
46/12 47/5 47/22 48/12
49/10 50/19 50/25 51/6
52/1
**Mr. Powers [1]** 30/7
**much [7]** 34/15 35/18
36/7 36/17 41/3 41/3
42/23

**released... [3]** 46/10
48/13 49/9
**reluctantly [1]** 51/6
**rely [2]** 29/23 42/1
**remain [1]** 45/6
**remaining [1]** 23/5
**remotely [1]** 13/25
**rent [1]** 31/17
**replace [1]** 38/1
**request [1]** 30/14
**requirements [1]** 17/9
**research [1]** 50/1
**residence [8]** 8/13 9/6
10/7 11/17 11/25 20/10
40/25 41/2
**resolving [1]** 44/12
**respect [2]** 45/24 46/11
**response [2]** 34/4 44/10
**responsible [1]** 42/11
**result [1]** 52/3
**resume [1]** 30/17
**retirement [1]** 42/19
**review [1]** 7/4
**Richard [4]** 5/2 5/3 5/7
5/14
**ride [1]** 38/14
**rifle [3]** 40/9 41/11 51/21
**ripped [1]** 42/18
**rise [1]** 46/9
**risk [22]** 4/17 4/19 43/4
43/4 45/6 46/11 46/23
47/23 48/2 48/3 48/5
48/10 48/24 48/25 49/1
49/2 49/19 51/6 51/16
51/18 51/24 52/2
**roof [1]** 34/19
**room [4]** 13/16 20/11
31/23 39/8
**routes [1]** 48/18
**rules [1]** 46/18

**S**

**safe [1]** 13/4
**sake [2]** 16/11 36/6
**same [6]** 11/19 12/2
22/13 38/4 38/15 38/16
**Saturday [1]** 33/16
**Saturdays [1]** 33/18
**savvy [1]** 39/18
**saying [2]** 9/23 21/4
**scan [1]** 12/16
**scared [1]** 47/17
**school [10]** 5/18 24/15
24/16 37/15 37/17 44/16
45/15 45/16 45/19 46/14
**scope [1]** 18/8
**scoped [1]** 19/1
**screen [1]** 16/3
**seal [3]** 29/22 30/4 43/15
**sealed [5]** 6/25 7/4 42/1
43/5 44/9
**search [18]** 8/15 15/13
16/7 16/12 16/14 16/19
16/20 19/3 19/15 19/23
21/11 23/22 24/23 25/20
26/8 43/7 49/21 50/25
**searched [2]** 15/14 48/4
**searches [12]** 16/23 18/1
22/6 23/5 23/9 23/11
23/15 26/3 26/6 26/12
43/7 51/9

**seal [1]** 15/0
**seated [1]** 4/2
**second [1]** 28/15
**seed [6]** 8/3 8/6 13/1
13/1 14/5 14/7
**seemed [2]** 27/4 34/11
**seize [1]** 25/6
**seized [6]** 12/1 13/8
25/11 25/14 25/22 50/9
**seizure [3]** 8/5 19/2 19/3
**send [3]** 11/10 12/17
27/8
**sending [1]** 28/18
**sentence [1]** 44/15
**separate [3]** 12/18 12/20
12/23
**September [2]** 5/16 5/23
**sequestered [2]** 14/18
14/24
**serious [1]** 44/20
**seriousness [2]** 42/4
44/5
**seriousnesses [1]** 44/5
**serve [1]** 12/12
**served [1]** 30/7
**service [3]** 7/21 12/3
45/2
**services [1]** 7/23
**serving [1]** 10/12
**set [4]** 4/15 7/6 13/3 33/2
**sets [1]** 47/16
**seven [8]** 9/22 12/1
13/11 25/19 25/22 31/20
38/24 50/10
**seven-year-old [1]** 33/8
**several [3]** 13/18 18/23
37/13
**shadows [3]** 42/9 43/23
44/11
**She worked [1]** 27/23
**shoes [1]** 51/12
**shop [1]** 37/23
**shortly [1]** 26/11
**show [8]** 12/15 40/1
47/12 47/13 48/1 51/18
51/19 51/20
**showed [1]** 44/2
**Showing [1]** 15/9
**shown [1]** 52/1
**shows [2]** 50/4 51/1
**sic [1]** 12/7
**side [2]** 37/7 37/7
**signed [2]** 49/21 51/1
**significant [1]** 27/8
**silver [1]** 35/17
**SIM [1]** 17/4
**similar [2]** 11/21 11/24
**similarly [1]** 12/20
**since [4]** 5/16 6/13 21/9
42/16
**sir [58]**
**sit [1]** 19/6
**sitting [2]** 19/7 49/25
**situation [2]** 32/21 43/13
**six [4]** 32/4 33/16 33/17
46/17
**skills [1]** 50/17
**sleep [1]** 50/20
**small [3]** 8/2 28/9 42/10
**smart [3]** 39/5 39/9 39/25
**Smith [1]** 18/24
**social [1]** 34/9
**software [1]** 7/11

**solely [1]** 32/2
**somebody [1]** 12/15
**somehow [1]** 47/22
**someone [3]** 13/25 41/4
47/10 47/20 50/16 51/3
**something [2]** 12/8 33/6
45/21
**sometime [1]** 50/20
**sometimes [4]** 13/2
35/22 37/1 51/12
**somewhere [1]** 50/23
**son [8]** 31/22 32/6 33/20
34/1 35/8 36/18 49/12
49/19
**sorry [8]** 14/19 15/21
20/8 21/17 29/14 39/6
40/21 40/22
**sort [3]** 10/19 24/14
47/24
**sought [2]** 43/11 43/14
**source [2]** 16/12 44/17
**south [4]** 26/10 26/14
31/13 43/25
**South Dakota [3]** 26/10
26/14 43/25
**Southern [1]** 47/1
**speak [3]** 15/2 19/2 36/3
**speaking [1]** 16/24
**special [5]** 5/14 6/9 6/14
16/2 20/23
**specific [4]** 6/13 7/14
12/19 13/14
**specifically [7]** 8/20 9/7
12/25 13/5 17/5 17/10
46/3
**spectrum [1]** 6/12
**spell [6]** 5/5 5/5 9/25
12/4 31/3 31/15
**spelled [1]** 12/6
**split [1]** 34/20
**spoken [2]** 21/14 21/16
**square [1]** 13/20
**stake [1]** 47/3
**stand [3]** 30/24 43/8
49/25
**started [2]** 4/22 7/14
17/21 28/8 28/16 28/17
32/3
**stat [1]** 43/20
**state [6]** 5/4 5/5 24/2
24/2 31/2 31/12
**stated [2]** 26/1 26/3
**statements [1]** 44/17
**States [5]** 4/3 4/8 5/1
17/3 17/12
**station [1]** 33/2
**statutory [1]** 43/16
**stay [1]** 34/23
**stayed [2]** 34/2 34/15
**step [2]** 29/16 41/17
**steps [1]** 48/9
**stick [1]** 10/8
**stipulation [1]** 32/11
**stopped [1]** 28/10
**storage [5]** 8/1 8/20 9/5
12/12 12/21
**store [2]** 7/18 8/2
**stored [3]** 7/17 50/13
50/13
**storing [1]** 10/12
**street [3]** 8/14 11/4 12/16
**stuff [2]** 22/20 38/3
**subject [3]** 6/4 6/10 8/4

**suburb [1]** 31/13
**Such [2]** 24/12 27/6
**suffers [1]** 34/9
**sufficient [1]** 50/22
**suggest [1]** 48/13
**summarized [1]** 49/23
**summary [2]** 15/16 17/25
**sums [1]** 27/8
**support [2]** 49/13 51/21
**supposed [3]** 26/2 46/22
48/25
**sure [16]** 5/19 6/5 7/11
10/13 12/5 12/8 16/7
16/10 19/16 26/17 30/16
32/17 33/3 39/14 46/21
50/19
**swap [1]** 11/12
**swapping [1]** 17/4
**SWAT [2]** 44/10 46/6
**swatting [1]** 44/8 46/1
46/2
**sworn [3]** 5/3 30/25 31/1

**T**

**T-R-E-A-S-U-R-E-S [1]**
9/24
**T-R-E-Z-O-R [1]** 10/1
**table [1]** 20/10
**tablets [1]** 10/21
**take [7]** 11/7 15/4 20/11
30/16 36/8 41/10 49/14
**taken [2]** 22/6 48/9
**taking [4]** 4/21 45/3
**Target [1]** 10/10
**tech [3]** 28/5 28/10 39/18
**technology [1]** 5/20
**telling [1]** 43/19
**tempted [1]** 51/13
**tens [2]** 29/10 42/11
50/15
**termed [1]** 42/7
**terms [1]** 29/8
**testified [6]** 25/2 25/19
26/6 26/19 26/22 27/3
**testify [1]** 14/23
**testifying [1]** 50/8
**testimony [2]** 11/15
33/20
**text [2]** 34/3 35/24
**Thank [13]** 4/2 15/7
29/16 29/17 30/18 40/22
41/14 41/17 41/18 48/20
52/9 52/11 52/12
**theft [6]** 6/18 11/18 11/22
18/5 21/10 28/21 42/11
50/15
**themselves [1]** 46/4
**third [1]** 27/5
**third-party [1]** 27/5
**though [2]** 39/24 50/11
**threats [1]** 48/7
**three [8]** 9/15 10/8 22/8
24/3 34/20 39/9 39/9 44/7
**three inches [1]** 10/8
**throughout [1]** 13/17
**thumbnail [1]** 8/2
**tied [1]** 43/25
**ties [1]** 44/1
**today [4]** 4/21 14/23 49/8
52/4
**today's [2]** 15/18 49/24
**together [2]** 29/7 34/15

**too [4]** 12/4 36/13 41/5
43/16
**took [8]** 11/15 11/18
15/16 20/4 28/23 40/11
41/8 41/12
**top [1]** 23/25
**total [1]** 9/21
**touched [1]** 44/9
**tower [1]** 20/9
**town [1]** 31/15
**track [1]** 42/13
**training [1]** 38/9
**transact [1]** 7/12
**transacted [1]** 7/16
**transfer [1]** 11/12
**transfers [1]** 28/13
**Transnational [1]** 6/5
**transport [1]** 21/19
**transportation [1]** 38/12
**treasures [1]** 9/24
**Trezor [7]** 9/4 9/4 10/15
12/3 13/7 13/24 25/19
**Trezors [10]** 9/14 9/21
10/20 11/21 11/24 12/1
12/23 13/11 43/1 50/10
**trouble [5]** 32/24 47/14
47/18 47/21 51/11
**truck [3]** 35/15 37/25
38/11
**try [1]** 52/5
**turned [2]** 22/10 23/6
**TV [2]** 39/24 39/25
**TVs [4]** 39/4 39/5 39/7
39/9
**two [15]** 10/8 13/20
20/14 21/9 22/13 27/13
27/14 37/16 38/9 38/22
39/6 43/12 46/22 48/18
48/23
**two-bedroom [1]** 13/20
**two-count [1]** 43/12
**two-day [1]** 38/9
**two-year [1]** 27/14
**type [4]** 12/3 16/14 24/13
39/19
**types [2]** 14/11 48/17

**U**

**ultimately [1]** 7/12
**under [5]** 29/22 30/4
34/18 43/15 48/22
**understand [3]** 39/22
39/24 51/12
**understanding [1]** 36/10
**Understood [1]** 20/12
**Unidentified [1]** 15/8
**union [1]** 32/4
**United [5]** 4/3 4/8 5/1
17/3 17/12
**unlike [1]** 42/8
**unquote [2]** 13/9 43/17
**until [3]** 15/5 28/17 49/24
**upon [2]** 22/10 42/12
**USB [3]** 8/2 9/4 10/8
**use [3]** 8/5 12/23 45/9
**used [1]** 10/6
**using [1]** 8/10
**usually [3]** 10/14 10/17
33/18

**V**

**vacuum [1]** 45/3

**V**

**value [3]** 7/11 7/12 7/22
**various [3]** 16/25 16/25 43/13
**varying [1]** 10/14
**vast [1]** 43/23
**vehicle [3]** 35/13 38/15 38/16
**versus [1]** 4/4
**via [3]** 35/8 43/1 49/8
**victims [1]** 42/18
**violated [1]** 32/18
**Violent [3]** 6/5 6/6 6/7
**VoIP [1]** 44/12

**W**

**wallet [2]** 10/12 12/19
**wallets [2]** 8/21 12/21
**Walmart [1]** 10/10
**wanted [2]** 4/25 41/5
**warrant [1]** 8/15
**warrants [3]** 43/7 49/21 50/25
**was of [1]** 29/6
**watch [8]** 12/6 12/6 12/13 12/13 12/15 13/12 39/13 43/1
**watches [2]** 12/18 12/24
**websites [1]** 37/10
**week [8]** 27/12 33/15 33/17 34/4 35/22 35/24 37/1 46/17
**weekends [1]** 37/1
**weight [2]** 42/24 47/19
**Wesson [1]** 18/24
**West [2]** 8/14 11/4
**Western [1]** 6/6
**white [3]** 42/7 43/17 43/17
**white-collar [1]** 42/7
**whole [2]** 32/21 34/16
**why [2]** 41/12 43/14
**wife [4]** 31/20 33/21 38/21 50/19
**Wikipedia [1]** 17/2
**willing [1]** 49/14
**wind [1]** 13/9
**wish [1]** 30/21
**without [4]** 12/8 13/7 46/12 50/14
**witness [7]** 5/3 14/17 29/18 30/14 30/21 31/1 41/19
**witnesses [2]** 14/23 41/20
**word [1]** 45/4
**words [3]** 13/2 13/2 13/6
**work [24]** 6/8 6/10 6/13 10/19 12/18 12/20 21/22 26/6 26/9 26/13 27/22 31/25 32/7 32/12 33/14 33/15 33/17 33/17 37/8 37/20 38/22 47/23 49/16 49/17
**workaround [1]** 50/11
**worked [2]** 6/5 27/23
**working [8]** 6/4 6/19 21/8 28/4 37/7 37/9 46/15 46/17
**works [1]** 26/20
**world [2]** 11/2 51/2
**worried [1]** 39/21

**worth [1]** 47/9
**writer [1]** 45/2

**Y**

**year [8]** 25/5 25/16 27/12 27/14 27/24 38/24 46/12 47/16
**years [19]** 21/25 22/6 22/14 22/17 23/3 23/6 23/22 27/13 33/25 34/12 36/21 37/13 37/15 42/10 43/10 43/16 43/21 48/4 51/10
**yesterday [1]** 47/8
**York [1]** 47/2
**you lived [1]** 34/17
**younger [1]** 36/25
**Your Honor [5]** 4/13 6/22 26/16 42/1 48/19
**yup [7]** 16/1 16/16 18/15 18/19 30/5 30/16 33/24

**Z**

**zero [1]** 44/1